**INTERVIEW WITH JOE CURTIS WASHINGTON**
**Q=Cpt. Russell Leeds**
**Q1=Det. Lance Oldridge**
**A=Joe Curtis Washington**

Q: (Unintelligible).

A: Okay.

Q: Well, here's my card, just so you have it.

A: Yeah, I've got – got one already.

Q: Got one.

A: But that's okay, I'll – I'll take two, that's fine.

Q: Okay. Um, how are things goin'?

A: Bad.

Q: Bad?

A: Bad yeah.

Q: A little rough at the moment?

A: Yes, pretty rough and uh, matter fact, uh, this incident happened – this house I was just – well, I was in the process workin' out kind of a lease to buy on this le – house I was livin' at down on uh, at the corner Madison and Mossman…

Q: Mm-hm.

A: Lady I was tryin' to make the purchase from – I'd completely went in, did renovation on it and kinda got it up to par to where I can just do a little bit at a time.

Q: Okay.

A: And um, before all this had happened, I got laid off out at Coleman and I was in the process of tryin' to find a new job, so that particular day I'd actually been at - spent most the day up in Magelo – my uh, Angelo's library revampin' my resume, so…

Q: Okay.

A: …needless to say, it's – it's been – been kinda rough.

Q: Not been a good time.

A: It has not been a good time at all.

Q: Okay. Um, my understanding that the criminal case is resolved at this point?

A: Uh, yeah. Well, yeah, basically. Yeah I – I finally had to go ahead and – and uh, agree to a plea – plea agreement, that's the only way I could get outta jail. I wasn't happy with it.

Q: What was - do you know what the final settlement was on that?

A: Yeah, they charged me with uh, three uh, uh, Battery misdemeanor uh, a count, I mean, uh, against – uh, counts against the officers.

Q: Okay.

A: And then they had several other uh, misdemeanor counts that they charged me with.

Q: Okay.

A: Uh, and then, 'course, they put me on a year probation.

Q: Yeah. Yeah, see, I - I haven't gotten a disposition from the court, but I'll…

A: Yeah.

Q: Three counts of misdemeanor Battery, Interfere with Law Enforcement Officer, Attempt Criminal Deprivation of Property, Possession of Paraphernalia, Failure to Signal and what's POC? You have any idea?

Q1: It's for (unintelligible) Open Container.

Q: Open container.

A: …they pulled their car and just - at a diagonal in front – it was kinda catty-cornered in front of the fence. In the meantime, I'm backin' into my driveway, okay? So, as I'm gettin' ready to – and I had – it was dark – I couldn't really hardly see. So, uh, as I was gettin' ready to take my – put my car in gear - I have a 1988, a little Honda Accord – it's stick shift.

Q: Okay.

A: And I always have to apply the emergency brake, otherwise it'll roll, okay? Even on flat surface. So as I'm attempting to put it in neutral and apply my emergency brake and take my seatbelt off, all kinda simultaneously, this officer – Officer Henry – I don't remember him sayin' – in his police report he said he had drawn his gun, I didn't see it, but, he runs up, he – he opens my pass – uh, driver's side door and he grabs me and snatches me outta the car and – and – and instructed me, "Get down on the ground." In the meantime, I'm askin' him, "Well, what did I do? What did I do?" He never said anything. The other officer, who was Officer (Moore), he was still in his car – he was still in the police car. Well, he threw me down on the ground and shortly thereafter, I know, they just startin' beatin' me. They just start beatin' the crap outta me, just start just beatin' me in my ribs and I'm layin' flay – flat down on the ground – face down on the ground and I'm kinda lookin' back up askin' him, "What did I do wrong? What did I do wrong?" He never would tell me. So then shortly thereafter that, s- somehow – and again, all this stuff was happenin' so fast and – but the thing that w – that stuck out in my mind, I'm layin' on the ground and I'm ask him, I say, "What did I do so wrong that would - would require this to be happening to me?" You know, all I did, I just dropped my friend off, you know? So, then about that time, uh, I believe Officer (Moore) had got out the car and came over. Well, somehow or 'nother – then next think I know, Officer (Henry) takes his taser out and tased me and I'm layin' there on the ground still tryin' to figure out what was goin' on, so, the both of them together was workin' and tryin' to get the – get the handcuffs on me. In the meantime I'm lookin' back up askin', "What did I do wrong? What did I do wrong?" Neither one of 'em told me what was the reason why they were behind me, why – you know, why they was takin' me through the process they were takin' me through. So finally, with all said and done, they – they – they finally got the handcuffs on me and uh, of course, while I was layin' there, not only he tased me the first time, he – he re – tased me a couple more times while I was on the ground – that I remember. And so they finally got me handcuffed and then shortly, some other officer show up, includin' this third officer, Officer (Hermick). And while I'm on the ground, he comes over and just gets down and just put his knee down on my neck. I don't know why, I was already in handcuffs, but he put he put his knee down on my neck. So, I'm still askin' the same question, "What did I do wr – what did I do?" They never did tell me what the reason they stopped me or anything to that nature. So the – Officer (Hermick) finally got me up off the ground, and 'course I was

my keys, so they gave her my keys. Shortly – just about the time they get ready to put me in- into the van, my mother arrived…

Q: Okay.

A: …and she – she asked what was goin' on, they still didn't explain anything to her and one of the Sergeant who was – who was there at the time, he made a little ol' sarcastic comment to my ma, to my – "This is not a family reunion" you know. And she was just outta – outta concern about what was goin' on. So, they took me downtown uh, to the booking area, uh, Officer uh, (Hermick) asked me would I have a problem givin' a UA uh, analysis – give 'em a UA. I told him, "I have no problem with it" you know. And so I gave 'em a UA and then I sit there and waited for a – and then that's when they brought this other guy in, he supposed to be a DRE expert or somethin' like that.

Q: Yeah.

A: And he said – he asked me would I have any problem with him takin' me through a – a – a series of sobriety tests. I said, "I don't have any problem with it." I said, "I mean, I don't have – I'm un – influence of drugs or anything." But they did, just to back up, they did take a uh, breathalyzer on me uh, while we were there in front of my house. I don't know…

Q: Yeah.

A: …what the results of that was, I think it was 0.somethin', but then they took another one downtown, it ended up comin' up nothin'.

Q: Three zeroes.

A: Zero, zero, zero.

Q: Yeah.

A: But anyway, so, he asked me would I – I have a problem with him administerin' these sobriety tests and I – I told him, "No." But, with all that bein' said, I never was re – uh, uh, given any of my right – my Miranda Rights or anything like that uh, at that time. So, anyway, only thing I had given him was permission for a sobriety test. Well, he came to the conclusion that I was under some drug in – under some type of drug, okay?

Q: Okay.

A: And he couldn't – he couldn't deduce it as to what it might've been, so, they put me back in the uh, police van and transported me to St. Francis Hospital.

A: Never. I never had my Miranda Rights.

Q: Never...

A: According to them, what I could interpret through all this reporting, they felt that my Miranda Rights was r – were – were read to me when uh, I was asked by um, (Miller) to do the – to get – he got my permission to gi – do the sobriety test. They – they consider that as my Miranda Rights bein' read to me.

Q: Okay.

A: So, and so I never was actually placed under arrest for anything uh, as say, "Well, you placed under arrest for this, this" – those words were never, ever spoken to me.

Q: So they never really told you what you were under arrest for?

A: They never told me. All they said that – they finally said, "Well, do you know the reason that we stopped you?" And I said, "No." They said, "Because you failed to put on a signal."

Q: Okay.

A: And uh, so then, after that, they took me on through the doors to the booking area, they booked me in and everything so, that's only information I had at that time, that they – they stopped me – they – they attempted to stop me because I failed to put on a signal.

Q: Okay.

A: So, they put me in a holding cell and I sat there and I'm thinkin', "Okay, worst case scenario I could probably just get a OR out and go to court tomorrow, I mean, if it's just a traffic infraction, I can just OR out to-tonight." And I sat and I waited and I waited, in the meantime I kept seein' people bein' released - bein' released and I'm sayin', "Okay, my turns gotta be comin' up sooner or later." So, I finally asked one of the detention officer, I said uh, "Could you check and see what – what I'm bein' held for?" So he said, "What is your name?" I said, "Washington." So he goes over, checks on it and he comes back uh, and 'course they were busy that night, of course.

Q: Sure.

A: And so, he – when they finally came back around, I said, "Did you check on that?" And uh, he said, "What was your name again?" I said, "Wa" – he said,

"Oh, your – your in – your information hasn't up- updated yet. We don't have the status on you yet." He said, "Give me 'bout another 20-30 minutes and we'll see if somethin' comes up in the system." So, okay, I sit there and I waited, 'bout another 20-30 minutes he come back through again and I asked him, and he said, "Well let me – I'll go and check for ya." And he come back, I said, "Well, what did you find?" He said, "Well, they got ya in here on two attempted robbery charges." I said, "Attempted robbery?" I said, "They got the wrong person. I haven't robbed anybody." So, needless to say, I didn't – that was only information I had.

Q: All right.

A: They were – they were holdin' me uh, uh, uh, for two attempted robbery charges. Okay, then shortly after that uh, 'course they – they take ya through this process, they – they take ya to your physical and all this other stuff. And so, the lady asked me, "Did anything particular happen that night?" I said, "Well, no" I said, "I got tased" I said, "In the – what I felt was kind of excessively." She said, "Okay." So she checked all my vital signs and apparently somethin' about my vital signs wasn't – wasn't right, so – and when we got ready – finally got me in a orange suit, was gettin' ready to take me upstairs uh, they didn't take me up into a regular pod area, they took me up to the clinic.

Q: Okay.

A: I spent three and a half days in the clinic. Uh, and I didn't understand the reason why, but, apparently – I don't know, the enzymes or whatever in those prongs, in those tasers or somethin', they were afraid it could either – 'cause I'm 59 years old. I mean, I ain't no youngster, so, they was afraid it could either cause me to have a heart attack or cause me to have a kidney failure.

Q: Okay. Some kind of infection?

A: Yeah. So, they started out treating me with just Gatorade in a little pink uh, oh, uh, what do you call it – uh, pitcher and I just – I was just – kinda just drinkin' a little bit at a time. So the guy came in, he said, "Hey, you gotta down that man, you gotta flush that" – so he say, "You gotta drink it all down at one time." So, I started drinkin' it like that, but the thing is, instead of whatever it is was going down, I mean, goin' down, it was goin' up.

Q: Okay.

A: So, that's when they put me on IV's – they put me on IV – I was – they had me on about three IV's bags about this – oh, about this size – I don't know what the – what the size of the bag. So, that's where I spent the first three and

a half days, I spent it up there in the clinic. And then, 'course, after – this is on Thursday, they finally let me out that Sunday mornin' I think. Okay and took me on up to a po – a regular pod and put me in a cell. Of course durin' – after all – after that they had me on a kind of a 25 – 24 hour watch for – for the next several days. And it wasn't 'til the next morning that I talked with the – the Cor- Corrections – I mean, uh, a detention officer in the pod and asked him to check to see what they were holdin' me for, that's when he explained, he said, "They got you in here on two attempted robbery charges." I said – "and on a $50,000 bond." And I'm still tryin' to find out - $50,000 bond – and too – I said, "Man, they've got some – must have the wrong guy. I ain't – I hadn't robbed anybody." Well, that's – as time went on, that's when I found out later on, I was bein' charged with two felony counts Attempted Robbery of a Police Officer. Said I tried to take the police's gun and I tried take his taser – of which I didn't try to do either.

Q: Okay.

A: I'll tell both you officers right now, I nev – you know, I've never owned a gun, I'm scared of guns, I don't even know how to handle a gun. The only gun I ever held was when I was a kid. I didn't even like BB guns, I didn't even like pellet gun, anything I felt cause injury to somebody – now I might had a water gun or cap gun, but I am scared of guns and my mother can attest to that – I am scared of guns. So, they finally – apparently dropped the charge about the - the taser and they held me in there on that $50,000 bond – dollar bond for the uh, attempted robbery of the officer, tryin' to take his gun.

Q: Okay. And you were in jail for how long?

A: Four months..

Q: Four months.

A: That's the reason why you and I could never get together, because…

Q: They were movin' you

A: They kept – they kept farmin' me out, okay? Then, 'course I had an attorney, I kept – he, you know, he said he didn't want me talk to you until, you know, he was present, I said, "Okay." I mean, I didn't have a problem talkin' to you, one on one or both of you by myself, but, and it seem like every time he kept jackin' me around and every time that I get sent outta county, somehow or another you try to get ahold of me. And then when I come back in, you know, yeah – and so I told him, I said, "Look this is what we'll do." I says, "So that - I know your schedule's busy, I know you have a lot on your plate, so this is what we'll do. Why don't you make – sit – get with Captain Leeds and set up

A: Huh?

Q: You said thirty minutes.

A: I said was less – it was less than thirty minutes. I say maybe 15 minutes, 10-15 minutes at the most.

Q: You think you struggled on the ground 15 minutes?

A: Well, I didn't really struggle. They were – they were – I was just askin' the question. Yeah, yeah, so it – it happened pretty fast. I mean, it was – it was – it could've been even less than that.

Q: Okay.

A: Okay. I mean, you saw – oh, you're talkin' about the initial time they threw me on the ground and everything?

Q: Yeah.

A: Or when all everything else?

Q: When – when he – he pulled ya outta the car and then...

A: Oh...

Q: ...he...

A: ...probably less than...

Q: ...you say he pushes ya a little bit then he - then he tase ya, and then more...

A: Probably less than say – say less than 45 seconds at the most.

Q: Okay.

A: Yeah.

Q: So that whole thing just took 45 s...

A: It was probably – probably 45 seconds.

Q: (Unintelligible) minute

A: It – it just happened so quick.

Q: Pull ya out, a couple punches.

A: Mm-hm.

Q: Tases and then they get the handcuffs on ya.

A: They cuff up, right.

Q: So the – that – them struggling with you or you struggling with them or whatever…

A: Yeah.

Q: …is – is a very short period of time.

A: Yeah, uh, it wasn't even – I didn't ever struggle with 'em.

Q: Okay.

A: All I was kept askin', "What did I do?" I was – I was – I mean, I was irritated, you know, "Why – why you guys comin' here and just snatchin' me outta the damn car, throw on the ground, start beatin' shit outta me and didn't wanta tell me what ya did to me?" I mean, that's not – I – anybody would be a little bit irritated with that.

Q: Sure.

A: You know? Now if I had robbed somebody or uh, uh, held somebody at gunpoint, when I know that I did somethin' wrong, then, yeah, but just outta the blue sky – less than five minutes man, and not only that, I was little less than five minutes of losin' my life. Th- that was – that was the main thing, 'cause he indicated in there, in his report, he was gonna tell Officer (Moore) I was tryin' to take his gun.

Q: He indicated that he chose not to tell Officer (Moore) that 'cause he didn't think you…

A: Well…

Q: …you could get the gun out.

A: What difference does it make? I mean, anytime you think somebody – wh– why would you even take the risk o- o- of - of sayin' somethin' like that,

A: Yeah.

Q: ...struggled...

A: Yeah.

Q: ...you know, took ya into custody.

A: Man, I – I mean it was, you know, to me it was like kinda traumatic, you know, I mean it was kinda shocked because again, like I said, I'm layin' on the ground and I'm literally layin' there and my – my thought process, I uh, I wanted to cry, 'cause I'm sayin', "Well what did I do that so bad in that – just that short span of time that would make somebody just come up and grab ya and snatch ya out the car?" I mean, I just figured ma- maybe they had the wrong guy or somethin', you know.

A: Sure.

A: So, but...

Q: But you don't remember – at any time you don't recall your hand gettin' up...

A: Never. Never.

Q: Um, durin' the time that you were being tased...

A: Never.

Q: ...you don't recall...

A: I never...

Q: ...reachin' up tryin' to push the taser away.

A: ...there was no way I touched your gun or - any – no. No, I didn't know why they – why they come up with that – that – that conclusion. I never, never, never even seen the taser, never seen his gun, never seen his holster, I never seen any of it. I'm layin' flat on the ground. I never seen the pe – the guys face, you know? I vaguely didn't even see the face because, like I said, the stuff happened like, in matters of seconds and by the time they got me – took me downtown, I didn't even know who the two guys was until they came into the – when they came into the room where they had me down there interrogation.

Q: Do you recall – you recall what kind of uniform they were wearin' that night?

A: Okay.

Q: In other words, the blood came back saying we found nothing that we normally test for.

A: Okay.

Q: Saying you had no alcohol or you had no cocaine, marijuana, the normal stuff they test for.

A: Okay. Well...

Q: So, that's what the test results say.

A: Okay. Well, he's talkin' about my eyes is dilated or somethin' like that...

Q: Sure.

A: ...I mean, you know, I mean I don't – I don't care what type of expert he is, you know, without havin' uh, proof based off of uh, testing, I mean, anybody can put that – come to – that sorta conclusion, far as I'm concerned. I don't trust the guy, I mean, I don't know nothin' about him, okay?

Q: Let's get back to use of force if we can, for just a minute.

A: Okay.

Q: Um, you recall Officer (Henry) grabs you and pulls you outta the car, you say that he hit ya. Do you remember where he hit you and how many times he hit you?

A: He - he hit me – he hit me about s – five or six times in my ribs.

Q: Okay, on the left side?

A: On my left side, yes, I was layin' on the ground and he – he – he said that he hit me uh, yeah.

Q: Okay. Did you have any – do you have any injuries, any bruising, any continuing pain from those...

A: Not – not – nothin' major, but I just – I just felt the – the uh, the pain at the time and uh, you know, uh, but other than that, it – it – apparently after a while, it kinda subsided.

Q: Mm-hm.

A: But it was a – it was painful at the time. Yeah.

Q: Now, where were these probes at? You say you - you say you felt him tase you once for sure.

A: I – I – at fir – I had – I felt the first initial probe because they – it – I felt the – the – the shock in my back.

Q: Okay.

A: That w - that's when I knew that – that had to be it and then while I was on the ground, I remember the trigger bein' pulled a couple more times, because it – you know, I felt the – just a shock – I kept feelin' the shocks, so, uh, I can't honestly say exactly how many, but all I kn – I know is that uh, it happened.

Q: What – what effect did the shock have on your body? I mean, did it cause you not to be able to move or could you just feel the discomfort in your back?

A: Well, I could – I could feel the – at the first – the first uh, time, I was kinda feelin' kinda intense, you know, and then I felt another – it was kinda – because, I mean, it was like – it was like a – I don't know how the – how the things work or how they operate, but I – I know I could – I could feel the - just the electrodes goin' through – through the – through the prongs, I could feel that.

Q: Okay. Um, were you struck anywhere else by anybody – you say (Hemrick) put his knee on your neck?

A: He put it on my neck and I…

Q: And you're face down, so his neck – his knee is on the back of your neck?

A: Yeah. Yeah.

Q: And how long did that last?

A: Oh, it was just…

Q: Very briefly.

A: …very briefly, yeah, yeah. I mean, I was already down, he just came, put his - his knee down on his neck, and I guess, I don't know what they was doin'…

Q1: Right.

A: ...with the reason you – you got me down here...

Q1: Right.

A: ...sittin' in the jail.

Q1: That comment doesn't have a reason to do with anything.

A: No. And – and my –my thoughts are then, knowin' the – knowin' the officer's, they work in that area and they familiar with dealin' with black people and knowin' black people's hair, why – what do you know what's a good – a – a – a good haircut and a – a bad haircut on a black man. Unless you been around black people and seen their hair cut.

Q1: Okay.

A: But th – I just didn't feel that was the place for uh, for that type of comment.

Q1: All right. I understand. And my la – very last thing, on that night, did you use alcohol?

A: Yes, I admitted to that.

Q1: Did you use cocaine?

A: No.

Q1: Okay.

A: No.

Q1: Did you use K2 or synthetic marijuana?

A: No. No.

Q1: Okay. Uh, had you used anything else, legal or illegal drugs, besides alcohol?

A: That's all I had that – that evenin'. I had that – I had that uh, one can of beer, matter of fact, I can show ya – well, I don't know what kind he had.

Q1: Mm-hm.

know where they came from. They said they was travelin' west on Mossman. Which direction west on Mossman? The only two op – op – uh, option I can come up with, either they were turning uh, off of uh, Green and goin' west on Mossman or they were already comin' up Mossman to Green and hadn't seen me pull away from the curb and decided, "Let's fol – check this guy out" or somethin' like that. That's the only thing I can fi- figure out. 'Cause in my mind, I had a one track mind, I was droppin' him off, I'm goin' back home.

Q: You - you never saw 'em otherwise.

A: I never seen…

Q: 'Til you seen 'em behind you.

A: …I do admit – I do – I will say this, when I was comin' – when – when I was lettin' him out, there was a car – police car that passed us as he was gettin' outta the car. But, you know, unless I was - felt like I was doin' somethin' wrong, I would be a little bit like, you know, what - but I was dri – I'm goin' back home. I was headed back to the house, less than five minutes from my – I'm headed back to the house, you know, I had no thoughts of committin' a crime or buyin' drug – I wasn't doin' nothin', I just dropped him off, I was on my way back to the house. That's all I was doin'.

Q: Okay.

A: You know? So, that was the only problem I'm havin' with all this. The – the fact I been snatched outta the car, threw on the ground and crap beat outta me, tased, over a simple uh, uh, infraction.

Q: Traffic infraction.

A: Traffic infraction and it goes from a traffic infraction to fel – to felonies, you know and…

Q: Four months in jail.

A: And four months in jail and now I'm on probation. I've got the battery charges on me, I can't fi – it'll be hard for me to find a job because anytime these – most these employers – anytime you got any type of violent act in your – in your criminal history, they li – they li – don't wanta' hardly have ya. I'm 59 years old, so, man, I'm just here tryin' to figure all this stuff out, you know.

Q: Yes sir.

A: Had move back home with my mother. I'm too old to be livin' with my mother, you know, so, you know, needless to say it's – it's – it's - it's just been, you know…

Q: Pretty traumatic.

A: Very traumatic for me, you know what I'm sayin'? And I just want 'em to, you know, I just felt like, you know, economically I'm just – I feel like a newborn baby crawlin', learnin' how to walk all over again with all this man. Yeah, so anyway, hope we can get down to the bottom of this, you know?

Q: Well, I'll conclude this interview at this point. It's now – what time is it? It's now about 11:21 am on February 11th, uh, 2015. So we'll uh, stop this, I'll turn this recorder off at this point.

A: Okay. And I will too.

This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed_______________________________________________