INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 1

**INTERVIEW WITH JARED HENRY**
Q=Russell Leeds
Q1=Lance Oldridge
Q2=Bart Brunscheen
A=Jared Henry

| | | |
|---|---|---|
| 14 | Q1: | (Unintelligible). |
| 16 | Q: | Do you want the seat where they can see the bald spot or do you want me to take it? |
| 19 | Q1: | Yeah. I'll take it. |
| 21 | Q: | Okay. |
| 23 | Q2: | (Unintelligible). I think you're the only one in here. |
| 25 | A: | Yeah. I don't know about that. |
| 27 | Q1: | Oh, man. |
| 29 | Q: | If you've got them, turn them on. |
| 31 | Q2: | I don't have mine. I was out west after this whole (unintelligible) thing. |
| 33 | Q: | We'll share with you. |
| 35 | Q2: | Thank you. |
| 37 | Q: | All right. Are you ready to go on the warning? Do you understand what it says and what your rights are? |
| 40 | A: | Yes, I do. |
| 42 | Q: | Okay. Is today the 30th? It is. |
| 44 | A: | Yes. |

Case 2:16-cv-02100-CM   Document 45-2   Filed 05/10/17   Page 2 of 9

INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 3

| | | |
|---|---|---|
| 91 | | |
| 92 | Q: | Okay. How long have you been in that assignment? |
| 93 | | |
| 94 | A: | Um, o- three years - three or four years. |
| 95 | | |
| 96 | Q: | Okay. Um, and the Special Community Action Team - what is their basic role |
| 97 | | and mission within the department? |
| 98 | | |
| 99 | A: | Our primary focus is to follow-up on neighborhood complaints and our |
| 100 | | secondary focus is to assist in the investigation of violent crime, uh, incidents. |
| 101 | | |
| 102 | Q: | Okay. And you were working on August 7 and you were part of this incident. |
| 103 | | Is that correct? |
| 104 | | |
| 105 | A: | Yes, sir. |
| 106 | | |
| 107 | Q: | Okay. Um, can you tell me on August 7 at about 2223 hours or somewhere |
| 108 | | thereabouts, uh, can you tell me what your purpose was for being in the area |
| 109 | | around 9th and Grove, uh, where this thing started? Were you guys - did you |
| 110 | | guys have some particular assignment you were on or were you just patrolling |
| 111 | | your - your bureau ar- area or what was going on there? |
| 112 | | |
| 113 | A: | Uh, well I was, uh, riding with Officer (Donnie) Moore. He was driving the |
| 114 | | patrol car and he was new to SCAT. Um, so I was kind of taking a training |
| 115 | | position with him showing him some neighborhood complaints that I was |
| 116 | | working. |
| 117 | | |
| 118 | Q: | Okay. |
| 119 | | |
| 120 | A: | And, um, during the course of this he just drove 43 beat. He likes working 43, |
| 121 | | 44, and 47 beat because those are the areas that he worked as a patrol officer. |
| 122 | | So while still getting acclimated to some of the complaints I was working, he |
| 123 | | drove down to 43 beat. We were over on Murdock… |
| 124 | | |
| 125 | Q: | Okay. |
| 126 | | |
| 127 | A: | …or -- uh, I'm sorry -- Mossman -- I apologize -- uh, driving west at about |
| 128 | | Volutsia when it appeared one of the only cars on the street goes south on |
| 129 | | Green through Mossman. So it was kind of just basic patrol type tactics. |
| 130 | | And, uh, the only car we observed on the street was that car. So he, uh, |
| 131 | | started to go after it to see what it looked like. |
| 132 | | |
| 133 | Q: | So things were pretty quiet on that particular evening? |
| 134 | | |
| 135 | A: | Absolutely. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000214

INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 6

| | | |
|---|---|---|
| 226 | | sirens. The vehicle then signaled, uh, a westbound turn onto Random with the |
| 227 | | sirens on. So I would say we turned the sirens on maybe 50 feet north of |
| 228 | | Murdock. |
| 229 | | |
| 230 | Q: | Okay. |
| 231 | | |
| 232 | A: | Um, and so the vehicle continued just for a little bit u- north on Grove, |
| 233 | | signaled the westbound turn onto Random, um, and continues down Random. |
| 234 | | It signals the - the curves in the road. It turns on its right signal to signal the |
| 235 | | curve on Random, signals its left signal to signal the curve back west onto |
| 236 | | Random. And at that time I'm running the radio. I advise that we were kind |
| 237 | | of 32. The vehicle was obeying the traffic laws and even actually signaling |
| 238 | | where it didn't need to. So, um, based on my experience, it - it appeared as if |
| 239 | | maybe the person was trying to find a driveway to - to park the car in. |
| 240 | | |
| 241 | Q: | Okay. |
| 242 | | |
| 243 | A: | So... |
| 244 | | |
| 245 | Q: | So the curves on Random Road - we're looking at a map but for a person who |
| 246 | | couldn't see, um, the curves on Random Road are not intersections. They are |
| 247 | | simply curves in the road. They're kind of 90 degree curves but they're curves |
| 248 | | where a car continues and doesn't stop. |
| 249 | | |
| 250 | A: | That is correct. |
| 251 | | |
| 252 | Q: | With the individual signaling those after having failed to stop, um, at that |
| 253 | | | point do you have any id- any thoughts as to what was y- you said you thought |
| 254 | | the car was looking for a driveway to pull into. |
| 255 | | |
| 256 | A: | Yeah. I initially thought that. But I also thought that the signaling itself was a |
| 257 | | little unnecessary. Um, but, you know, I - I - I - I was thinking that, you |
| 258 | | know, maybe this guy is showing us that he wants to comply at least a little bit |
| 259 | | rather than actually fleeing us and taking us on a long, huge car chase. |
| 260 | | Because he didn't accelerate. He wasn't driving recklessly. He was obeying |
| 261 | | the rules of the road and then doing a little additional on his own part. But he |
| 262 | | didn't want to pull over. |
| 263 | | |
| 264 | Q: | I know it calls for speculation. You have no idea what was in this guy's head |
| 265 | | but if you think he's looking for a driveway, what do you think the purpose is |
| 266 | | th- I mean what - as a - as a trained police officer why is he trying to find a |
| 267 | | driveway? |
| 268 | | |
| 269 | A: | Uh, a lot of times the people I've talked to in my experience is the reason they |
| 270 | | want to find a driveway or get the car home is because they have a |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          WICHITA 000217

Case 2:16-cv-02100-CM   Document 45-2   Filed 05/10/17   Page 4 of 9

INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 11

| | | |
|---|---|---|
| 450 | | |
| 451 | A: | Correct. |
| 452 | | |
| 453 | Q: | And you're between the car and the fence. |
| 454 | | |
| 455 | A: | That is correct. |
| 456 | | |
| 457 | Q: | And there is somewhere between a six and ten foot gap there. |
| 458 | | |
| 459 | A: | Yes. |
| 460 | | |
| 461 | Q: | Okay. So y- you've got ahold of him and you're pulling on him. And he |
| 462 | | comes out of the car. |
| 463 | | |
| 464 | A: | Yeah. He starts to come out of the car. I don't see anything in his right hand |
| 465 | | that I was initially concerned about what he was reaching. Um, but then he |
| 466 | | starts pushing me - pushing - I - I was initially pulling him. But as he started |
| 467 | | to come I wasn't using my full weight to pull him. Uh, then he starts pushing |
| 468 | | me. So he's pushing against me now as I'm trying not to fall into the fence. |
| 469 | | So I deliver a knee strike to his gut, um, as I, um, try to describe it. His head |
| 470 | | was on the left side of my body under my arm almost like a form tackle in |
| 471 | | football. And his other arm is around my waist. And he's pushing me. So I |
| 472 | | have him by his armpits I guess over his back. |
| 473 | | |
| 474 | Q: | Mm-hm. |
| 475 | | |
| 476 | A: | So I deliver a knee strike to get him to try to quit pushing me. He ends up |
| 477 | | pinning me up against the fence and I fall on my butt. So he falls to his knees |
| 478 | | and I'm on my butt pinned against the fence, the ground underneath me, and |
| 479 | | then him on top of me with his back exposed. I couldn't see his head. |
| 480 | | |
| 481 | Q: | Okay. Um, you're continuing to try to get him off of you? |
| 482 | | |
| 483 | A: | Correct. |
| 484 | | |
| 485 | Q: | Uh, do you - do you give - continue to give verbal commands at that point or |
| 486 | | you... |
| 487 | | |
| 488 | A: | Um, I don't specifically remember if at that point I was, um, verbalizing |
| 489 | | anything. It wasn't anything specific I was thinking about at that time. Um, |
| 490 | | but I do remember grab- trying to grab his left arm from around my waist and |
| 491 | | try to control his left arm as it was on the right side of my body. |
| 492 | | |
| 493 | Q: | Okay. Um, do you recall at what point, uh, Officer Moore came into this or... |
| 494 | | |

INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 12

| | | |
|---|---|---|
| 495<br>496<br>497 | A: | It was after I was already seated on the ground pinned up against the fence. So it was sometime around after I had been tackled up against the fence. |
| 498<br>499<br>500 | Q: | So are you physically holding onto him preventing him from getting off of you or why are you still sitting on the ground? |
| 501<br>502<br>503<br>504<br>505<br>506 | A: | I'm still sitting down because his weight is pinning me down. Um, I c- I couldn't lift him off of me, uh, as - I could not curl his bodyweight off of me. So I was sitting still holding his arm trying to pin his arm back behind, uh, his back. So I had both of my hands on his left arm trying to get that under control. |
| 507<br>508 | Q: | And - and why are you not able to do that? |
| 509<br>510 | A: | Uh, basically the weight and I guess I'm not strong enough. |
| 511<br>512<br>513 | Q: | Okay. But he's - he's not - there's some tension there. You're not able to just grab his arm and push it behind his back? |
| 514<br>515<br>516<br>517<br>518<br>519 | A: | Oh, I'm sorry. Yeah. I thought you were asking why I was unable to get up. Um, yeah. I was - I was trying to pin his arm back there but he was - as I was trying to push his arm back -- it was more of a push for me -- he was trying to keep it around the waist. I don't know if he was grabbing the fence, um, or what. But I was trying to pull it and it wasn't pulling, uh, behind his back. |
| 520<br>521 | Q: | Okay. Um, did you deliver any blows... |
| 522<br>523 | A: | Yes. |
| 524<br>525 | Q: | ...or strikes or... |
| 526<br>527 | A: | Yes. |
| 528<br>529 | Q: | Okay. |
| 530<br>531<br>532<br>533<br>534<br>535<br>536<br>537<br>538<br>539 | A: | Um, while he was on the ground I delivered a - a fist strike to his ribs, um, because he wa- he had exposed his ribs. Um, and I've been struck in the ribs before. And my - my personal, uh, reaction to being struck is to block it with my arm. So I thought that would possibly get his arm out from underneath me and help me get his arm behind his back. So I struck him in the ribs. Uh, he moved. And at that point, uh, (Donnie) had gotten on top of us. Um, so d- I was not only dealing with, uh, Mr. (Washington)'s weight on me but also (Donnie)'s weight. And I don't know what (Donnie) was doing, um, you know, as far as controlling him. I was trying to, uh, keep this guy's left arm, um, from around my waist. And so, um, while (Donnie) was struggling with - |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              WICHITA 000223

INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 13

| | | |
|---|---|---|
| 540 | | it had to be the right side of him - right side of his body, I, uh, saw basically a |
| 541 | | - an opportunity to try to, uh, staple him with the, uh, taser. So I stapled him |
| 542 | | in his lower back with the taser and, uh, pulled the trigger a second time a |
| 543 | | little higher on his back and stapled him a little higher. I then pulled the |
| 544 | | trigger to dry stun just because I was kind of used to the older tasers where |
| 545 | | you just have to pull the trigger rather than the, uh... |
| 546 | | |
| 547 | Q: | W-... |
| 548 | | |
| 549 | A: | ...fine motor skill of actually push that button on the side. So I was pulling |
| 550 | | the trigger and so the dry stun wasn't being - wasn't super effective. Um, but |
| 551 | | he still wasn't - he still wasn't budging. And I had - I had let go of his hand by |
| 552 | | then. Um, so I tried to dry stun kind of underneath of his body I remember |
| 553 | | and his left hand grabs the taser and starts pulling the taser from me. So he's - |
| 554 | | I have the taser in my right hand. He grabs it, um, and is pulling on it almost |
| 555 | | if he was trying to, you know, take it from me. Um, so, um, I hold on to it. |
| 556 | | He doesn't get it. His arm goes back around my waist, um, and starts, uh, |
| 557 | | grabbing at my gun. I feel his hand on my gun and I feel a yank going back |
| 558 | | towards him so away from my body kind of directly where - the direction I'm |
| 559 | | facing. So I feel him pulling it and I immediately pulled it with my right |
| 560 | | elbow. And he's still holding onto it, pulling on it. And I remember having |
| 561 | | the thought of telling (Donnie) that, "Hey. This guy is going for my gun." |
| 562 | | Um, but we did have a training or in - in the academy we trained that scenario. |
| 563 | | And in that scenario the bad guy gets shot, um, by the other officer. And |
| 564 | | that's kind of how I've been trained if someone - if you're in a physical fight |
| 565 | | and the assailant is going after the gun then, um, lethal force is necessary if |
| 566 | | that gun is going to be, uh, retrieved by the bad guy. So, um, I debated on |
| 567 | | telling (Donnie) that. Um, but by the - I - the way he was pulling it, I knew he |
| 568 | | wasn't going to be able to get it out. Because my hood - this is the same |
| 569 | | holster I had at the time. Um, he hadn't pushed the hood up and he was |
| 570 | | pulling the wrong direction. |
| 571 | | |
| 572 | Q: | Okay. |
| 573 | | |
| 574 | A: | Um, so after about three pulls and me holding it intact, he let go of it. Um, I |
| 575 | | delivered another strike to his, uh, ribs - his left ribs. And at that point, um, |
| 576 | | Hemmert, uh, jumped on him. I don't, uh, know how, uh, he got ahold of the |
| 577 | | guy. But he jumped on top of the guy also. So the weight shifted and I was |
| 578 | | able to get out from underneath of, uh, Mr. (Washington), Officer Moore, and |
| 579 | | Officer Hemmert. So I got out from underneath of him, stood up, and |
| 580 | | Hemmert and Moore were then on the top half, um, of him and his - his legs |
| 581 | | were kind of facing a little more towards the house. So his head was kind of |
| 582 | | facing west. |
| 583 | - | |
| 584 | Q: | Okay. |

INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 14

586 A: Um, Hemmert had one hand and his other hand was still underneath of his body. Um, so I went around to the o- the only open spot I could find which was kind of near his, uh, right shoulder - head area and I delivered a, uh, two fist strikes to his face, um, to try to stun him and to get some compliance. After the second fist strike, he ended up giving his hand up and giving it to Moore. And then Hemmert and Moore completed the handcuffing.

593 Q: Okay. So they were trying to get his - his left hand was the one they were still struggling for?

596 A: Uh, I believe so. Um, I - I remember, um, I thought his right hand was underneath of his body.

599 Q: Okay.

601 A: I thought they had his left hand. Because when Hemmert jumped on, everything kind of shift-'shifted. And that's how I was able to get out from underneath. But the...

605 Q: Okay. So you (unintelligible) him off to your left or his right.

607 A: Correct. And then whenever I stood up, he was on, uh, Mr. (Washington) was on his face. And I remember Hemmert and Moore off to - somebody was on his like rid- like on his butt area. And then I remember, um, I thought Hemmert was up by his left shoulder. And I thought they were trying to control his left arm. And his right arm the way I remember it was underneath of him still.

614 Q: Okay.

616 A: And so that's when I went up and, uh, struck him in the face. And, uh, he pulled his hand out and they were able to handcuff him.

619 Q: Okay. Um, going back just a second to the taser. You fired both sets of probes.

622 A: Yes.

624 Q: And then in your report you indicate that you attempted a couple of dry stuns. Um, do you recall that you attempted them but you weren't able to make contact with those?

628 A: Yeah. Like I said, I was pulling the trigger to - to dry - to try to dry s- dry stun and that was - that seemed like it wasn't working at all. Um, I don't think

INTERVIEW WITH JARED HENRY
Interviewer: Russell Leeds/Lance Oldridge
10-30-14/3:37 pm
Case # 14PSB-2006
Page 15

| | | |
|---|---|---|
| 630 | | these new tasers dry stun as well as the other tasers. And they're obviously a |
| 631 | | little more difficult to, uh, control with the fine motor skills rather than just the |
| 632 | | dumb pull the trigger thing. But it's effective. Um, so when I was trying to |
| 633 | | dry stun him, I remember pulling the trigger rather than actually pushing the |
| 634 | | button. So, um, and i- that was kind of something I've tried and - tried to train |
| 635 | | myself not to do. But, um, just kind of out of habit I was trying to dry stun |
| 636 | | him with the trigger. And so I don't think it was making solid contact, um... |
| 638 | Q: | The, uh... |
| 640 | A: | ...while he was squirming. |
| 642 | Q: | And then it - it indicates that you probably - you probably did make contact |
| 643 | | with his body with the dry stun two or three times. |
| 645 | A: | Yes. |
| 647 | Q: | Do you remember where those contacts were? |
| 649 | A: | I believe they were on his backside, uh, along his back. Because I remember |
| 650 | | when I was doing it I was, uh, I still had complete visibility of his back. So I |
| 651 | | stapled him down towards his butt which was a little further than, uh, away |
| 652 | | from me. Then I stapled one a little higher to try to get a little more of a |
| 653 | | connect on him. And then I remember dry stunning him ki- on the back area. |
| 655 | Q: | Okay. |
| 657 | A: | Um... |
| 659 | Q: | Now were you pulling the trigger on each one of those or did you go to the arc |
| 660 | | button at some point? |
| 662 | A: | I don't remember ever going to the arc button. I just remember pulling the |
| 663 | | trigger. |
| 665 | Q: | Um, it's my understanding that if you - if you have the probes deployed and |
| 666 | | you pull the trigger what that does is it sends voltage to the last set of - of |
| 667 | | darts only. |
| 669 | A: | Correct. |
| 671 | Q: | So if you went to the arc button then it would have a different effect. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                            WICHITA 000226

| | | |
|---|---|---|
| 673<br>674<br>675<br>676 | A: | Right. It would have actually completed a dry stun and probably connected al- everything rather than me just pulling the trigger that sends the cycle through the darts. |
| 677<br>678<br>679 | Q: | So you delivered two - two strikes to the - to the face. Where - where at on his face? |
| 680<br>681<br>682 | A: | Um, it was his, um, it would have been the upper half of his face -- forehead, eye, eye region -- kind of - kind of higher on his face. Um... |
| 683<br>684 | Q: | Right side? |
| 685<br>686 | A: | ...because I had run - I'm sorry? |
| 687<br>688 | Q: | The right side? |
| 689<br>690<br>691<br>692<br>693 | A: | Yeah. I - I mean, um, the way I remember it now, I don't remember what was in or what I had, uh, documented in the i- uh, BlueTeam. That's probably a little closer to more accurate than what I can just remember off the top of my head. Uh, left side. That figures. |
| 694<br>695<br>696 | Q: | So he probably had his head turned to the left. So you hit - the left was exposed. |
| 697<br>698 | A: | Mm-hm. |
| 699<br>700 | Q: | And it would have been to the upper part of the... |
| 701<br>702<br>703 | A: | Yeah. I just remem- I mean it wasn't the jaw or neck region. I remember it was above midline on the face. |
| 704<br>705<br>706 | Q: | Um, how were these strikes? I mean were these reach back to the moon and... |
| 707<br>708 | A: | No. They... |
| 709<br>710 | Q: | ...or cl- up close? |
| 711<br>712<br>713<br>714<br>715<br>716<br>717 | A: | Uh, no. They were, uh, I mean I didn't hit him as hard as I could. I had - on one of the fist strikes I had hurt my wrist. Um, because I - I was trying to hit him in the ribs but I was trying to do a cross. And I'm pretty clumsy and uncoordinated. So I kind of had my wrist cocked whenever I hit him in one of the ribs. So I felt a pop in my wrist. So my wrist was extremely sore. Um, and I felt a lot of pain in it. So, um, my fist strikes to his face were, um, I mean not as hard as I could have. I - I - I mean I don't know how to gauge it. |