INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 1

**INTERVIEW WITH OFC. DONALD MOORE**
**Q=Cpt. Russell Leeds**
**Q1=Det. Lance Oldridge**
**A=Ofc. Donald Moore**

Q: (Unintelligible). All right.

Q1: Are you on? Are you on?

Q: Yeah, I'm on. We're on, uh, had an opportunity to kinda look over the documents. We'll let you read that and, uh, read your Garrity warning, make sure you understand what it says and if so, you can sign it...

A: (Unintelligible).

Q: ...talk about it. So you got Salt Lake City. Is that what you said?

Q1: Yeah. We have three of 'em. They're starting a hot team up - up there, so.

Q: What's the population?

Q1: I - I thought it was bigger than it is.

Q: That's what I was thinking.

Q1: They're the same. They're only 250,000.

Q: Oh, really?

Q1: And these bases, they have a huge area where people commute and it can be the size of a million people commuting, but the actual city (unintelligible). They only have like, uh, probably about 200 less pop- work population for the police department than we do. We're sitting at like 600. They're only like 400 (unintelligible).

Q: Yeah.

Q1: So.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              WICHITA 000272

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 4

| | | |
|---|---|---|
| 136 | Q: | Okay. So you - you - you weren't doing any kind of particular - you weren't |
| 137 | | following up on any particular investigation. You were just covering your - |
| 138 | | your bureau and your beat area. |
| 139 | | |
| 140 | A: | Correct. |
| 141 | | |
| 142 | Q: | Uh, can you tell me what drew your attention to - Mr. (Washington) was |
| 143 | | driving a white Honda four-door, uh, passenger car. Is that correct? |
| 144 | | |
| 145 | A: | Correct. |
| 146 | | |
| 147 | Q: | Okay. Can you tell me what drew your attention to that car, and what |
| 148 | | prompted the, uh, the, uh, the, uh, effort to stop that car? |
| 149 | | |
| 150 | A: | Uh, it was a pretty quiet night, saw it drive southbound, uh, Mr. |
| 151 | | (Washington)'s car was southbound on Green. |
| 152 | | |
| 153 | Q: | Okay. |
| 154 | | |
| 155 | A: | I was westbound on Mossman. Those two streets intersect. I was probably a |
| 156 | | block east of, uh, Green. As that car went south we came up to the |
| 157 | | intersection, looked, uh, to my left, which is south, and the vehicle was |
| 158 | | making a right-hand turn without a signal. |
| 159 | | |
| 160 | Q: | Okay. |
| 161 | | |
| 162 | A: | On Murdock just at a block, block and a half away. |
| 163 | | |
| 164 | Q: | Okay, so there wasn't a lot of traffic out that night? |
| 165 | | |
| 166 | A: | No. |
| 167 | | |
| 168 | Q: | And at this time of night, uh, but as you reach the intersection. You look |
| 169 | | down, you see the car. It's making a - a turn. |
| 170 | | |
| 171 | A: | Mm-hm. |
| 172 | | |
| 173 | Q: | And you see it's not signaling the turn. |
| 174 | | |
| 175 | A: | Correct. |
| 176 | | |
| 177 | Q: | So at that point, what decision do you make at that point? |
| 178 | | |
| 179 | A: | To drive down follow the vehicle. |
| 180 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    WICHITA 000275

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 9

| | | |
|---|---|---|
| 361 | | |
| 362 | A: | Uh, so as they're going back into the fence, that's whenever I'm getting up |
| 363 | | there. I grab a hold of Mr. (Washington), uh, from behind trying to pull him |
| 364 | | off, and Officer (Henry) is on the ground. |
| 365 | | |
| 366 | Q: | Okay. And what's - what effect does that have on Mr. (Washington)? |
| 367 | | |
| 368 | A: | Nothing. |
| 369 | | |
| 370 | Q: | Okay. How would you characterize his behavior at that point? I mean, is he |
| 371 | | actively trying to prevent you from pulling him off, or is he pinned down by |
| 372 | | (Henry) somehow or why are you not able to get him loose? |
| 373 | | |
| 374 | A: | What I noticed was he had his right hand gripped into a chain link fence. |
| 375 | | |
| 376 | Q: | Okay. |
| 377 | | |
| 378 | A: | And I was not able to pull his hand free from that fence. |
| 379 | | |
| 380 | Q: | Okay. So his right hand has a hold of the fence, and he's on top of (Henry). |
| 381 | | |
| 382 | A: | Yeah. |
| 383 | | |
| 384 | Q: | Okay. Uh, do you give him any verbal commands? Uh, what are you trying to |
| 385 | | do to get him... |
| 386 | | |
| 387 | A: | I'm yelling at him over and over again to give me his hands. |
| 388 | | |
| 389 | Q: | Okay, and is he responding to you? |
| 390 | | |
| 391 | A: | No. |
| 392 | | |
| 393 | Q: | No response and... |
| 394 | | |
| 395 | A: | (Unintelligible). |
| 396 | | |
| 397 | Q: | ...you're physically not able to... |
| 398 | | |
| 399 | A: | As I was still pulling, uh, I looked him right in the face, told him quit, you |
| 400 | | know, "Gimme your hands. Quit resisting," and then he did yell at me that he |
| 401 | | wasn't resisting. |
| 402 | | |
| 403 | Q: | Okay. But he still has a hold of the chain link fence? |
| 404 | | |
| 405 | A: | Yeah. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 11

| | | |
|---|---|---|
| 451 | Q: | Okay. |
| 453 | A: | (Unintelligible) pretty sure that happen that night that I said, uh, (unintelligible)... |
| 456 | Q: | So it was your observation and your determination that you wanted to stop this car for the infraction. |
| 459 | A: | Correct. |
| 461 | Q: | Okay. Uh, which characterizes as a pretext stop, or was it simply a traffic stop for an infraction? |
| 464 | A: | Traffic stop for an infraction. |
| 466 | Q: | Okay. At the time initiated you saw an infraction. You're gonna stop for the infraction and that's really all your intent was, but then he fail to stop, which... |
| 469 | A: | Correct. |
| 471 | Q: | ...caused you to escalate - or case the escalation of your level of apprehension about what his, you know, what was going on with him. I mean, is that - is that a fair characterization? |
| 475 | A: | Yeah. It always gets you - your hyper-vigilance up on that, so. |
| 477 | Q: | Now he failed to stop. Was he speeding or was he simply driving a normal... |
| 479 | A: | I'd say less than normal speed. |
| 481 | Q: | Okay. You made mention in your report of him signaling through the curves. Do you recall that? |
| 484 | A: | Yes. |
| 486 | Q: | Okay, and what's odd about that? |
| 488 | A: | On Random - trying to get my directions right. Whenever you start going left on Random from Grove... |
| 491 | Q: | Mm-hm. |
| 493 | A: | ...after about couple hundred feet there's right turn that goes north, and that's the only direction that goes there's no stop signs, nothing -- normally not a road you would signal on. |

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 12

| | | |
|---|---|---|
| 496 | | |
| 497 | Q: | Okay. |
| 498 | | |
| 499 | A: | Uh, and after it goes north another 100' or 200' then he goes back to the west. |
| 500 | | Again, it's just a - a curve in the road. |
| 501 | | |
| 502 | Q: | Sure. |
| 503 | | |
| 504 | A: | Most people don't signal that. |
| 505 | | |
| 506 | Q: | So after failing to signal on his initial turn that you observed, he's now |
| 507 | | signaling in these curves as if they're intersections, which they are not. |
| 508 | | |
| 509 | A: | Correct. |
| 510 | | |
| 511 | Q: | Okay. So that was another clue for you. You mention it in your report, so I |
| 512 | | assume it caught your attention ass something that was unusual. |
| 513 | | |
| 514 | A: | Yes. |
| 515 | | |
| 516 | Q: | Uh - uh, how long did the confrontation take from the time that Officer |
| 517 | | (Henry) pulled him outta the car until the time that he's restrained, taken into |
| 518 | | custody? What's your estimation on the time lapse in that - in that, uh, |
| 519 | | physical struggle? |
| 520 | | |
| 521 | A: | Maybe a minute. |
| 522 | | |
| 523 | Q: | Maybe a minute? Okay. So it wasn't a very long time - long period of time. |
| 524 | | This was not a continuous on - this - this happen fairly quickly. |
| 525 | | |
| 526 | A: | Yeah. |
| 527 | | |
| 528 | Q: | The whole thing. Uh, during that time you've given verbal commands. You've |
| 529 | | looked him in the eye basically, is what you'd described. |
| 530 | | |
| 531 | A: | Mm-hm. |
| 532 | | |
| 533 | Q: | And he's failed to comply. How did you ultimately get him into custody? |
| 534 | | |
| 535 | A: | Uh, I was able to reach around his head with my left arm and just basically |
| 536 | | pried back on his face, uh, like across face in wrestling, if you know much |
| 537 | | about wrestling, but use the hard part of your arm to - to pull back on their |
| 538 | | face kinda make 'em shift their body weight. |
| 539 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        WICHITA 000283

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 22

| | | |
|---|---|---|
| 944 | A: | So I - I don't know (unintelligible) did. |
| 945 | | |
| 946 | Q: | Okay. As far as Officer (Henry)'s use of force you mention in your report that, |
| 947 | | uh, he attempted to tase Mr. (Washington), you actually saw him deploy the |
| 948 | | taser? |
| 949 | | |
| 950 | A: | Correct. |
| 951 | | |
| 952 | Q: | Okay. At the point in time that he deployed the taser, Mr. (Washington) was |
| 953 | | actively resisting and failing to co- uh, command, is that correct? |
| 954 | | |
| 955 | A: | Correct. |
| 956 | | |
| 957 | Q: | Okay. And did the taser have any effect in your - from your observations of |
| 958 | | Mr. (Washington)'s behavior? |
| 959 | | |
| 960 | A: | No, it did not. |
| 961 | | |
| 962 | Q: | Had no effect and he continued to resist. Was Officer (Henry) giving |
| 963 | | commands or do you know? |
| 964 | | |
| 965 | A: | I - I was yelling at him so I... |
| 966 | | |
| 967 | Q: | You were yelling at him so you don't - pretty dynamic situation. You're not |
| 968 | | sure whether (Henry) was giving commands as well. |
| 969 | | |
| 970 | A: | Correct. |
| 971 | | |
| 972 | Q: | Okay. So as I understand it, you initiated the car stop. He didn't stop. Once he |
| 973 | | was stopped in the driveway, uh, he ends up on top of (Henry) outside the car. |
| 974 | | You're attempting to get him off of (Henry) and get him into custody, or give |
| 975 | | him verbal commands. Uh, you do six strikes to the arm. Uh, you pull his |
| 976 | | head back with your forearm and you ultimately get him cuffed with the |
| 977 | | assistance of (Hemert). You apply no other force, uh, other than what you've |
| 978 | | described. |
| 979 | | |
| 980 | A: | Correct. |
| 981 | | |
| 982 | Q: | That's correct. And Mr. (Washington) indicated that his arm was a little sore, |
| 983 | | but he didn't complain of any other injuries to you that you recall. |
| 984 | | |
| 985 | A: | Correct. |
| 986 | | |
| 987 | Q: | Okay. Detective, do you have any additional questions related to that? |
| 988 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER