P.149    L.02

```
WICHITA PD
Intoxilyzer - Alcohol Analyzer
Model 8000                          SN [redacted]
08/07/2014                              23:55

Case Iden No = 14C051933
Sub Name = WASHINGTON, JOE CURTIS
Sub DOB = [redacted]
Sub Driv Lic = [redacted]
State of Issue = KS
Arrest Officer = HEMMERT 2401
Inst Operator = SUTTON SO277
Operator Cert No. = 13974
Deprivation Period Began = 23:31


Test              g/210L BrAC        Time

Air Blank            0.000           23:57
Ext Std Check        0.078           23:57
Air Blank            0.000           23:57
Subject Test         0.000           23:58
Air Blank            0.000           23:58
```

_Sutton SO277_
SUTTON SO277

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000033