# REGIONAL FORENSIC SCIENCE CENTER



Timothy P. Rohrig, Ph.D. — Director
Jaime L. Oeberst, M.D. — District Coroner-Chief Medical Examiner

## FORENSIC LABORATORY DIVISION
## TOXICOLOGY LABORATORY REPORT

| NAME: WASHINGTON, Joe C. | TOXICOLOGY #: | 14-0771 |
|---|---|---|
| Submitted by: Wichita Police Dept. | Laboratory #: | 14-02179 |
| 455 North Main | Agency #: | 14C051933 |
| Wichita, KS. 67202 | Date Received: | 12 Aug 14 |

### SPECIMENS SUBMITTED

Blood

### RESULTS

Blood:

   Ethanol — Negative

   Negative for Amphetamine, Barbiturates, Benzodiazepines, Benzoylecgonine, Carboxytetrahydrocannabinol [THCA], Carisoprodol, Codeine, Hydrocodone, Hydromorphone, Meprobamate, Methadone, Methamphetamine, Methylenedioxymethamphetamine [MDMA], Morphine, Phencyclidine [PCP], and Zolpidem.

Comment:

   The Toxicology Lab does not currently test for Synthetic Cannabinoids.

Kimberly Stephens, M.S.
Forensic Scientist

Date: 11-12-14

*All ± values are at a confidence interval of 95.45%*
*All specimens will be retained according to RFSC specimen retention policy.*
*This report shall not be reproduced except in full, without the written approval of the laboratory*

An ASCLD/LAB-*International* Accredited Laboratory
1109 N. Minneapolis  •  Wichita, Kansas 67214-3129  •  Telephone (316) 660-4800  •  Fax (316) 383-4535
Page 1 of 1

LKC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   WICHITA 005208