## Booking Medical Intake
### (Place in booking nurse's box)

INMATE NAME _Washington Joe_                          DOB ▬▬▬▬

1. Do you have any medical problems or dietary needs requiring immediate attention?

    If yes, please describe _____     Yes_____   No ✓

2. Are you currently taking any medications?
    For each madication, state the following (use additional pages if needed):     Yes_____   No ✓

| Medication and Dosage | Doses per Day | Last Dosage Taken (time) | Next Dosage Due (time) | Purpose of Medication |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

3. Are you allergic to any medication?
    If yes, state the name of the medication(s): _____     Yes_____   No ✓

4. Was pepper spray, baton taser or any improvised weapon or less lethal device used on you?
    Circle one:     **NONE**     **Pepper Spray**     **Baton**     (**Taser**)     **Other**_____

*5. Have you recently been the victim of a sexual assault?        YES   (NO)
    If yes, do you wish to receive counseling?                    YES   (NO)

*6. Do you feel that other inmates would victimize you if you were in general population?
                                                                 YES   (NO)

**\* If the inmate answers yes to question #5 and/or #6, the booking sergeant needs to be notified.**

**Emergency Care: Notify booking deputy immediately of emergency medical needs.**
Non-Emergencies --Sick Call Procedure:  Upon transfer to general population, inmates may sign up with the pod deputy to be seen during noemal sick call hours Monday through Friday.

I have been informed of the Detention Facility's procedure for accessing medical care.

_____
Signature of Inmate                          _____
                                             Date/Time                    CONFIDENTIAL

_____
Nurse                                        _____
                                             Date/Time

Deputy Name and ID# _____
Inmate OR Eligible?    Yes_____   No ✓

| DATE | TIME | MEDICAL ORDERS |
|---|---|---|
| 8-8-14 | 1443 | ① MIC for o₂ elevated CPK |
| | | ② Am lab: CPK |
| | | ③ Enc fluids. Gatorade each shift. |
| 8-8-14 | 2200 | B̄C̄ |
| 8.9.14 | 0412 | 8⁰ Chart ✓ |
| 8-9-14 | 1400 | Please ensure Gatorade 2 pitchers/shift. |
| | | Please add on to lab from this |
| | | Am — CMP. |
| | | UA c̄ reflex micro |
| | | LAB in Am: CPK. S Seaman PA-C |
| | | IV (Heplock) |
| | | NS 250cc/hr x2L |
| | | CPK in 8hr - stat- call Dr. |
| | | Meinecke c̄ results. |
| 8-9-14 | 2238 | 8⁰ chart |
| 8-9-14 | 0007 | CPK CMP & UA in 0t0800 |
| | | NS 250cc/hr x2 Liters |
| | | Pt to see. I'm in AM. Meinecke |
| 8-8-14 | | 24⁰ Chart ✓ |
| 8/10/14 | 0730 | Please do 0800 CPK, CMP, UA p̄ |
| | | this liter NS completed |
| | | VO M. Templin APRN/D Wilken |
| 8/10/14 | 1332 | 8⁰ chart ✓  D Wilken RN |
| 8/10/14 | 1557 | 5mg Norvasc now V.O. Templin |

1351 08-09-14
C284142 0440

1351 8-9-14
C284143 1470 DB

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

1351 1045
C284151
8-10-14 DW

| INMATE NAME (LAST, FIRST, MI): | DOB: | |
|---|---|---|
| Washington, Joe | ███████ | CONFIDENTIAL |
| ALLERGIES: | SSN: | |
| NKA | ███████ | |

| DATE | TIME | MEDICAL ORDERS |
|------|------|----------------|
| 8/10/14 | | (1) RTP |
| | | (2) push fluids |
| 1351 C284153 | 8.11.14 0340 | (3) daily BMP and total CPK → PA to review. |
| 1351 C284165 | 8.12.14 0449 | (4) DC IVL when PC+OP |
| 8/10/14 | 2203 | 8° chart ✓ |
| 8/11/14 | 0240 | 24° chart ✓ |
| 8/12/14 | 1605 | BP ✓ 3X/WK X 1 WK, then CR. |
| | | Nurse please call to get lab results from this AM, then to clinician. |
| | | S Seaman PA |
| 1351 C28417A | 8/16/14 082? | 1900 LAB tomorrow BMP and CPK, per above orders.    SSeaman PA |
| 8/12/14 | 2100 | UA ī reflex micro tomorrow. |
| | | Please give 16 oz Gatorade at each med pass, X 3 days. |
| | | SSeaman PA |
| 1351 C284157 | 8.16.14 0640 | |

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

CONFIDENTIAL

| INMATE NAME (LAST, FIRST, MI): Washington, Joe | DOB: ▮▮▮▮ |
|---|---|
| ALLERGIES: NKDA | SSN: ▮▮▮▮ |

| DATE | TIME | MEDICAL ORDERS |
|------|------|----------------|
| 10/20/14 | 3:00p | mH intake 1 day sw #1 |
| | | Tasha Paul LSCSW |
| 10-20-14 | 1448 | DC no trans per mh |

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

CONFIDENTIAL

| INMATE NAME (LAST, FIRST, MI): | DOB: |
|---|---|
| Washington, Joe | |
| ALLERGIES: | SSN: |
| nkda | |

| Date | Time | Notes (SOAP Format) |
|------|------|---------------------|
| 8-8-14 | 1700 | I/m HIC for OBS R/t being tased c incred PNL. VS-S min cont to monitor |
| 8.8.14 | 2315 | IM laying on bed. C/o not getting Gatorade. (L) Rib pain 5/10 (10 worst ever). A+O x 3 no other concerns @ this time. —Oldham— |
| 8.9.14 | 0100 | Given Gatorade uncouraged I/m to drink) Oldham |
| 08-09-14 1351 08-09-14 C284142 0440 PM | 0449 | I/M to lab for scheduled procedure - 25g x 3/4" vac butterfly to (L) AC x1 successful - procedure tollerated well - released from lab - Procedure note |
| 8-9-14 | 0732 | I/m resting on bed. Sat for VS. Complains of being sore all over from being tased. I/m has Gatorade in cell and has Ø more requests at this time. —Dean— |
| 8-9-14 | 1445 | #206 IV cath inserted into Rt. anticubital c good blood return — IV cath secured flushed easily c NS — |
| | 1450 | 1000 ml NS started @ 250 cc/hr instructed to call for nurse if pump is peeping or any problem — K Clauser |
| 8-9-14 | 1936 | 1000mL NS started @ 250 ml/hr, able to make needs known. — K Ratcliffe Lab drawn per orders I/m still C/o stiff neck no other requests or concerns |
| 1351 8-9-14 C284150 US | | |

Conmed Healthcare Management, Inc.
Interdisciplinary Progress Notes

Inmate Name (Last, First, MI): WASHINGTON JOE

DOB: ▬▬▬  SSN: ▬▬▬

Facility: Sedgwick County Adult Detention Facility

Allergies: NKDA

C-707 (07/06)

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

CONFIDENTIAL

| Date | Time | Notes (SOAP Format) |
|------|------|---------------------|
| 8/10/14 | 2345 | I/M Resting on bed. Denies needs; SL to (R) AC unremarkable; W/C/m; Awaiting RN in GP ___ cm |
| 8/11/14 | 0505 | SL D/C from (R) AC c̄ jelco intact c̄ pressure et gauze applied; send to GP ___ cm |
| 8.12.14 | 0449 | Lab draw (UAC 230. X1 tolerated well. ___ Adams |
| 8/12/14 | | CPK trending down albeit slowly. Renal failure normal. Will Cont/ UA/ CPK and trend to ___ ___ ___ Merrick |

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

CONFIDENTIAL

**Conmed Healthcare Management, Inc.**
**Interdisciplinary Progress Notes**

Inmate Name (Last, First, MI): Washington, Joe

DOB: ▇▇▇▇  SSN: ▇▇▇▇

Facility:
Sedgwick County Adult Detention Facility

Allergies: NKDA

C-707 (07/06)

| Date | Time | Notes (SOAP Format) |
|------|------|---------------------|
| 8-9-14 | 0235 | I'm resting at this time still has c/o pain, Lab results reported to DR Meinecke ⊕ orders, IV intact, NS running at this time ⟋DW |
| 8/10/14 @ 0900 | | Able to attend own ADLs, only complaint is that he would like an additional blanket, Ø authorized, APRN aware of request, ⊕AC IV site WNL, NS @ 250 ml/hr ↑ to 999 ml/hr per M. Templin APRN, will draw labs & get UA ⊕ NFB done — DWilken RN |
| 8·10·14 | 0920 | S: no complaints. Denied extra bed roll s/t c/o neck discomfort at times. on 2nd Liter IVF. This will be 4th Liter last 24°. |
| | | O: VS pending this AM |
| | | A&O x 3, NAD |
| | | IVL Ø R&E |

CONFIDENTIAL

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

| | | Last CPK (8007) ← 6674 ← 3856 |
|------|------|---------------------|
| | | next CPK ⊕ IVF completed i CMP and UA |
| | | A/P ① possible rhabdo s/p toxing — cont labs as ordered. monitor labs |
| 8/10/14 | 1045 | Lab + UA drawn/sent, VSS ⟋ DWilken RN |
| 8/10/14 | 1330 | Lab results reviewed by APRN, Ø new orders —— DWilken RN |

**Conmed Healthcare Management, Inc.**
**Interdisciplinary Progress Notes**

Inmate Name (Last, First, MI): Washington, Joe

DC#: ▓▓▓▓   SSN: ▓▓▓▓▓▓

Facility: Sedgwick County Adult Detention Facility

Allergies: NKDA

C-707 (07/06)

| Date | Time | Notes (SOAP Format) |
|------|------|---------------------|
| 8/10/14 | | S) S/P fever.<br>Had ↑CPK tending up<br>however now tr→ doing.<br>No muscle pain<br>Her had 4L NS |
| | | O) NAD    1chr 3856<br>lng CTA    800?<br>Card RRR    6674<br>ext ⊝ tender<br><br>UA- trace blood<br>micro ⊝ |
| | | A) Rhabdomyolysis - mild.<br>Responding to Rx |
| | | P) continue to push fluids<br>will RTP<br>✓ daily cmp/CPK. |
| 8/10/14 | 2051 | I/m states that he feels "much better."<br>No c/o or other needs expressed at this<br>time. ————— [signature] |

**CONFIDENTIAL**

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

**Conmed Healthcare Management, Inc.**
**Interdisciplinary Progress Notes**

Inmate Name (Last, First, MI): Washington, Joe

DOB: ▉▉▉▉    SSN: ▉▉▉▉

Facility: Sedgwick County Adult Detention Facility    Allergies:

C-707 (07/06)

| Date | Time | Notes (SOAP Format) |
|------|------|---------------------|
| 8-22-14 | 0837 | Ref 14-day physical per pod deputy. — Tucker, LPN |

CONFIDENTIAL

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

**Conmed Healthcare Management, Inc.**
Interdisciplinary Progress Notes

Inmate Name (Last, First, MI):
Washington, Joe

DOB: ███████    SSN: ████████████

Facility:
Sedgwick County Adult Detention Facility

Allergies: nkda

C-707 (07/06)

| Conmed Healthcare Management, Inc. | Inmate Name (Last, First, MI): |
| **Master Problem List** | Washington, Joe |
| Drug and Food Allergies: N/A | Date of Birth: ▉▉▉  Inmate ID No: ▉▉▉ |

| Date Identified | Problems | Staff Member Name | Problem Resolved | |
|---|---|---|---|---|
| | | | Date | Staff Member Name |
| 8-8-14 | ⑫ R.b (lat) pain | Thumdse | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

| Test | Date | Results | Date | Results | Date | Results |
|---|---|---|---|---|---|---|
| PPD | | | | | | |
| Tetanus | | | | | | |
| Physical | | | | | | |
| RPR | | | | | | |

C-716 (Rev:02/07/09)

| Date | Time | Notes (SOAP Format) |
|------|------|---------------------|
| 8-8-14 |  | Ⓛ Shoulder xray- Sxx |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

CONFIDENTIAL

**Conmed Healthcare Management, Inc.**
**Interdisciplinary Progress Notes**

Inmate Name (Last, First, MI):
Washington. Joe

DC#:                              SSN:

Facility:
Sedgwick County Adult Detention Facility

Allergies:

C-707 (07/06)

## Intake Order Sheet

Allergies: _____

| DATE | TIME | |
|------|------|---|
| | | Flag for blood and body fluid precautions          (CCC) |
| | | Flag for asthma (CCC) |
| | | Flag for diabetes          IDDM          NIDDM  (CCC) |
| | | Special Diet |
| | | BS Checks  0500    1100    1700    2200   x          Days |
| | | Insulin/Dose 05        11        17        22 |
| | | Flag for heart disease  (CCC) |
| | | Do baseling EKG                    Date |
| | | Flag for HTN (CCC) |
| | | BP check x 3 days (specify days) CR PA day 4 |
| | | Flag for seizures (CCC) |
| | | Lower level housing and phone |
| | | Prenatal Vitamin 1 po qd          SAM     yes          no |
| | | OB Panel and UA, HCG-BETA QT, HIV, UA Culture |
| | | Schedule with Wesley's Womens Care          Date |
| | | No trans |
| | | May trans |
| | | Schedule 14 day physical |
| | | Schedule 7 day physical          Date |
| | | Schedule PPD to be read in 3 days |
| | | MSSA x 5 days - CR PA day 6 |
| | | Schedule for New Admit Mental Health next business day |
| | | CCC on day 25 for                    (sched with clinician on during time of BSF) |
| | | CCC in 90 days from the appt date on day 25 (with same clinician) |
| | | X Ray L shoulder 70 fo |
| | | ZBUP 600mg Qid x 3 days PRN |

*CONFIDENTIAL* (stamp)

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

Nurse Signature: _P. Reynolds RN_          Date: 8-8-14

Clinician Signature: _____          Date: 8-8-14

NAME                                        DOB: ████████

Washington, Joc

Allergies:                                   SSN: ████████

NKA

**CCS**
CORRECT CARE
SOLUTIONS

### Vital Signs Statistics Flow Sheet

Inmate Name (Last, First, MI): Washington Joe

Inmate ID No:

Date of Birth: ~~[redacted]~~

| Date | Time | B/P | Pulse | Respiration | Temp | Weight | Pulse Ox | FHT | Staff Member Name |
|------|------|-----|-------|-------------|------|--------|----------|-----|-------------------|
| 8-9-14 | 1600 | 128/80 | 84 | 16 | 98.4 | — | 98 | — | _(signature)_ |
| 8-9-14 | 0238 | 128/86 | 73 | 16 | 99.3 | — | 95 | — | _(signature)_ |
| 8/10/14 | 1100 | 140/88 | 71 | 18 | 98.3 | — | 95 | — | D. Wilton RN |
| 8/10/14 | 1530 | 158/110 | 80 | 14 | 98.7 | — | 95 | — | _(signature)_ |
| 8.13.14 | 0900 | 140/82 | 73 | — | | | | | K. Taylor |
| | | / | | | | | | | |
| | | / | | | | | | | |
| | | / | | | | | | | |
| | | / | | | | | | | |
| | | / | | | | | | | |
| | | / | | | | | | | |

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

CONFIDENTIAL

**Co____ed Healthcare Management, __c.**

**Conductive Energy Device Protocol**

| Inmate Name: Washington, Joe | Incident Date: 8 8 14 |
|---|---|

| Date of Birth: ████ | Inmate ID No: 514-58 | Incident Time: |
|---|---|---|

### Nursing Intervention

| 1. | Type and Location: ☒ Probe(s) Insertion  ☐ Skin Burn from Stun Device | | Duration of Deployment: | Probe Removal by Officer (Refer to Policy): ☐ Yes  ☐ No | | |
|---|---|---|---|---|---|---|
| 2. | EKG: | Faxed/Reviewed by Clinician: ☐ Yes  ☐ No | Date: | Time: | | Faxed By: |
| 3. | Females Only | Urine HCG: ☐ Negative  ☐ Positive | If HCG positive notify clinician immediately | | | Notified By: |
| 4. | Lab | Collection Time: 0600 | Urine Dip | Blood: ☐ Yes  ☒ No | Checked By: Reynolds | |

| 5. | Vital signs q shift x 24 hours or until released by provider. | | | | | | |
|---|---|---|---|---|---|---|---|
| | Blood Pressure: 152/110 | Pulse: 88 | Temperature: 98° | Respiration: 16 | SpO2: 92 | Weight: 198 | |

| 6. | Neuro checks q hours or until released by provider. | | | |
|---|---|---|---|---|
| | Alert and Oriented To: ☒ Person  ☒ Place  ☐ Time | Speech: ☒ Normal  ☐ Abnormal | Gait: ☒ Normal  ☐ Abnormal | Balance: ☒ Normal  ☐ Abnormal |
| | Grips: ☐ Normal  ☐ Abnormal | Drug or Alcohol Use: ☒ Yes  ☐ No | If Yes, Describe: Beer Tonight | |

COPIES OF CONFIDENTIAL MEDICAL RECORDS SEDGWICK COUNTY SHERIFF'S OFFICE

| 7. | House in clinic or observation holding cell for observation and evaluation by clinician, if necessary. |
|---|---|
| 8. | Do not transport. |
| 9. | Schedule with nurse in three (3) days evaluate no transport status. |

### Notes

CONFIDENTIAL

| Medical Staff Member: Reynolds  RN | Date: 8 8 14 | Time: 0618 |
|---|---|---|

C-737 (02/08)