





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER WICHITA 000118



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    WICHITA 000119



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000120



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 000122



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 000133



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 000137

08.07.2014 23:42