INTERVIEW WITH DANIEL OBLINGER
Interviewer: Russell Leeds
11-25-14/8:43 am
Case # 14PSB-2006
Page 1

1
2
3
4
5
6
7       **INTERVIEW WITH DANIEL OBLINGER**
8             **Q=Russell Leeds**
9            **A=Daniel Oblinger**
10
11
12  Q:      Mm, I'll let you read Garrity if you want to see them.  All right.  You, uh, I
13          appreciate you coming in today.  Are you off?
14
15  A:      Yeah.
16
17  Q:      For the holiday?
18
19  A:      No.
20
21  Q:      No?
22
23  A:      Tomorrow.
24
25  Q:      Okay.
26
27  A:      Yeah.  Except Thanksgiving off but...
28
29  Q:      You getting the big double time and a half?
30
31  A:      Yeah.  It's not worth it.
32
33  Q:      I've pretty much never got that myself.
34
35  A:      Okay.
36
37  Q:      I've always managed to be off for some reason.  But I appreciate you coming
38          in this morning.  Um, so you had an opportunity to read over the reports.
39
40  A:      Yes.
41
42  Q:      And you do recall something about this incident?
43
44  A:      Yes.
45

INTERVIEW WITH DANIEL OBLINGER
Interviewer: Russell Leeds
11-25-14/8:43 am
Case # 14PSB-2006
Page 15

| 629 | | |
|-----|-----|-----|
| 630 | Q: | Okay. Um, Officer Henry and Officer Moore do not have video in their patrol |
| 631 | | car. |
| 632 | | |
| 633 | A: | Unfortunately, no. (Unintelligible)... |
| 634 | | |
| 635 | Q: | And neither one of them wear an Axon camera. |
| 636 | | |
| 637 | A: | No. |
| 638 | | |
| 639 | Q: | Okay. So there was no known video of this incident. |
| 640 | | |
| 641 | A: | Correct. |
| 642 | | |
| 643 | Q: | Um, you directed Hemmert to do the DUI. Were you present for any of that? |
| 644 | | |
| 645 | A: | No. |
| 646 | | |
| 647 | Q: | No? Okay. Uh, who - who arranged for or otherwise directed the DRE be |
| 648 | | involved in this? |
| 649 | | |
| 650 | A: | Uh, I think I called for one. Hemmert got with me and said, um, the PBT was |
| 651 | | low but his fields were bad. And so - and we've trained the officers when |
| 652 | | your - your BAC - your alcohol level does not match your impairment then we |
| 653 | | want to get a DRE in there to see if there's a medical issue or if there's drug |
| 654 | | impairment. And, uh, he c- when he contacted me, I'm a DRE instructor. |
| 655 | | |
| 656 | Q: | Mm-hm. |
| 657 | | |
| 658 | A: | So I - I knew actually there was another DRE instructor who needed an |
| 659 | | evaluation. So I called Detective Miller and, uh, he came in to perform the |
| 660 | | evaluation. So... |
| 661 | | |
| 662 | Q: | Okay. So you spoke to Officer Miller and requested his assistance with this? |
| 663 | | |
| 664 | A: | Yes. |
| 665 | | |
| 666 | Q: | Um, you did not go to the jail with him. |
| 667 | | |
| 668 | A: | No. |
| 669 | | |
| 670 | Q: | Okay. Did you have any - did they contact you afterwards with results of the |
| 671 | | DRE or... |
| 672 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                WICHITA 000314