OFFICER'S REPORT         February 4, 2010         LT. STEVEN A. KENNEY C1346

ATTENTION: JARED M HENRY C2271

SUBJECT: ADMINISTRATIVE INTERNAL INVESTIGATION CONCLUSION **(09PSB-0415)**

This report is to inform you that the administrative internal investigation, 09PSB-0415, has been completed. Lieutenant Doug Nolte conducted this investigation based on a complaint registered by:

**Lieutenant Doug Nolte      Wichita Police Department**

The complaint was initiated on November 26, 2009.

The investigation regarding your involvement has resulted in the following finding:

4.120(C) – Unnecessary force Taser: Sustained


Thank you for your cooperation during the investigation.


                              Steven A. Kenney
                              Interim Bureau Commander
                              Professional Standards Bureau

OFFICER'S REPORT           1/28/2010           LT. D.S. NOLTE #1573

ATTENTION: OFFICER JARED HENRY #2271

SUBJECT:   VIOLATION OF WICHITA POLICE DEPARTMENT RULE AND
           REGULATION 4.120 (C)

This report shall serve as a written reprimand for violation of Wichita Police Department Rule and Regulation 4. 120 (C):

    4.120 (C)   a member is not authorized to use a Taser in the following circumstances:

    (C)   Against a subject who is in physical control of a vehicle or a piece of equipment that is in motion or engaged for motion, such as an automobile, motorcycle, ATV, moped, bicycle, forklift, etc.

You have been found to be in violation of WPD Rule and Regulation 4.120 (C). This violation calls for a one to three days suspension for the first offense with a reckoning period of two (2) year. **You are receiving a written reprimand for this violation.** This incident constitutes your **first offense** for this violation.

Details of the offense are as follows:

During an EIS review of Officer Henry's cases in November 2009, case number 09C43171 was reviewed and some concerns arose. An investigation was initiated due to Officer Henry utilizing his taser on a bicyclist. This is a direct violation of Wichita Policies and Regulations.

You are admonished to abide by all Departmental Policies and Regulations.
Future violations of a similar nature may be cause for more severe disciplinary action.

You have the right to file an appeal or grievance under section 901.15 of the Wichita Police Department Policy and Regulations Manual.


This letter will become a permanent record in your personnel file.


*[signature]*

Douglas S. Nolte #1573
Watch Commander
Patrol North 3rd Watch/SCAT
01/28/2010   0124 hours

*[signature]*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                           WICHITA 003509

*[Supervisor signature]* WPSx Jula #1007
Supervisor

*[Officer signature]* 2271
Officer

1-28-10
Date

SEU/FOP Representative: _DECLINED_

Do you request that a copy of this document be sent to the FOP for review?
Yes____ No _X_

Cc:  Personnel
  . Personnel File
     Professional Standards
     Captain Easter
     Field Services File

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 003510