# TASER™

**Protect Life**

User Certification Course TASER® X26™ Conducted Electrical Weapon

Version 19 Released April 2013

TASER TRAINING ACADEMY

V19 – X26 User Course



See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001870

# 4th Amendment Risk Benefit Standard

"[I]n judging whether [officer's] actions were reasonable, we must consider the risk of bodily harm that [officer's] actions posed to [suspect] in light of the [suspect's] threat to the public that [officer] was trying to eliminate."

*Scott v. Harris*, 550 U.S. 372, 383 (2007)

TASER TRAINING ACADEMY

See Trademark Notice file on DVD. © 2013 TASER International Inc.

V19 – X26 User Course

WICHITA 001919

# 4th Amendment – CEW Probe Mode

- CEW in dart mode constitutes an "intermediate, significant level" of force that must be justified by a strong government interest

- Pepper spray and batons are also intermediate force options.

- CEW against a non-violent misdemeanant who appeared to pose no immediate threat and who was given no warning was unconstitutional excessive force

TASER TRAINING ACADEMY

See Trademark Notice file on DVD. © 2013 TASER International Inc.

v19 – X26 User Course

WICHITA 001920

# 4th Amendment

"It is an excessive and unreasonable use of force for a police officer repeatedly to administer electrical shocks with a [CEW] on an individual who no longer is armed, has been brought to the ground, has been restrained physically by several other officers, and no longer is actively resisting arrest."*

TASER TRAINING ACADEMY

V19 – X26 User Course

See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001921

# 4th Amendment

"...officers using unnecessary, gratuitous, and disproportionate force to seize a secured, unarmed citizen, do not act in an objectively reasonable manner and, thus, are not entitled to qualified immunity."*

TASER TRAINING ACADEMY

V19 – X26 User Course

See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001922

# CEW Probe Mode Guidance

(**Generally**) To use CEW in probe mode officer must reasonably perceive subject to be:

- An immediate threat of harm/injury, or
- Fleeing or flight risk from serious offense crime and the officer is justified in tackling the person.

Consider necessity of a verbal warning before deploying the CEW. Be aware of foreseeable primary risks and risks of secondary injury, especially falls from heights or on hard surfaces, ignition of flammables, or effects of intermittent clothing disconnects.

V19 – X26 User Course
TASER TRAINING ACADEMY
See Trademark Notice file on DVD. © 2013 TASER International Inc.
WICHITA 001923

## Beaver v. City of Federal Way

1. The use of a CEW involves the application of force.

    Each use of force [including each CEW cycle or 5 seconds of discharge] on a person that is a 4th Amendment seizure is the application of force and must be objectively reasonable.

2. Each additional CEW [5 seconds of application involves an additional use of force.

    This is true of any use of force.

TASER TRAINING ACADEMY

V19 – X26 User Course

See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001924

V19 – X26 User Course

## *Beaver v. City of Federal Way*

3. Multiple CEW applications [each 5 seconds of discharge] cannot be justified solely on the grounds that a suspect fails to comply with a command, absent other indications that the suspect is an *immediate threat or about to flee* [from a serious crime].

This is particularly true when more than one officer is present to assist in controlling a situation.

TASER TRAINING ACADEMY

See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001925

# Beaver v. City of Federal Way

4. Any decision to apply multiple CEW [5 second] applications must take into consideration whether a suspect is capable of complying with officers' commands.

This would apply to whether a suspect is capable of complying: physically, emotionally, language barrier, mental condition, etc.

TASER TRAINING ACADEMY

V19 – X26 User Course

See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001926

# *Graham v. Connor* Factors as Risk Prioritized Ranked by *Chew v. Gates*

Order of Importance – Potential for Injury Risk Importance

1. Immediate threat to safety of officers/others
2. Actively resisting
3. Circumstances tense, uncertain, rapidly evolving ("*pace*" of events)
4. Severity of the crime at issue
5. Attempting to evade seizure by flight

TASER TRAINING ACADEMY

V19 – X26 User Course

See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001927

# Additional Force Factors

- Court may consider "the availability of [less injurious] alternative methods of capturing or subduing a suspect." [1]
- Court may consider what officers knew about the suspect's health, mental condition, or other relevant frailties. [2]
- Officer should give a warning before force when appropriate.

v19 – X26 User Course

TASER TRAINING ACADEMY

See Trademark Notice file on DVD. © 2013 TASER International Inc.

WICHITA 001930

V19 – X26 User Course

# Clarifying the *Graham* Factors:

(Immediate threat to safety of officers or others)

*Graham*'s "*immediate*" vs. "*possible*" threat:

"[A] simple statement by an officer that he fears for his safety or the safety of others is not enough; there must be objective factors to justify such a concern."[1]

- *Beaver* – "*possibly*" had a weapon under him
- *Brooks* – "*could*" have fled in car

ONLY "*immediate*" threats – NOT "*possible*" threats

See Trademark Notice file on DVD. © 2013 TASER International Inc.

TASER TRAINING ACADEMY

WICHITA 001931