INTERVIEW WITH SAGE HEMMERT
Interviewer: Russell Leeds/Kevin Real
11-04-14/1:27 pm
Case # 14PSB-2006
Page 1

**INTERVIEW WITH SAGE HEMMERT**
Q=Det. Kevin Real
Q1=Cpt. Russell Leeds
Q2=Bart Brunscheen
A=Sage Hemmert

| | | |
|---|---|---|
| 14 | Q: | I suppose I could do that. |
| 16 | Q1: | We're running, um. Okay, today is Tuesday, November 4, 2014. It's now 1:27 pm. Ah, I'm Captain Russell Leeds, ID 1364. This is gonna be a internal administrative interview with Officer Sage Hemmert, under 14 PSB 2006. Um, who's in the room with me? |
| 21 | Q: | Detective Real, ID 1777. |
| 23 | A: | Ah, Officer Sage Hemmert, 2401. |
| 25 | Q2: | Bart Brunscheen 1674, (unintelligible) rep. |
| 27 | Q1: | Okay. Um, Officer Hemmert have you had an opportunity to look over some of the complaint and then some of the reports related to this incident? |
| 30 | A: | Yes, sir. |
| 32 | Q1: | Um, and this is an incident that occurred on August 7, 2014, somewhere around 10:30 in the evening. Um, actually, just prior to that, under Wichita Police case number 14 C- Charles 51933. Um, you recalled the incident that occurred on August 7 that we're going to talk about here today? |
| 37 | A: | Yes. |
| 39 | Q1: | The traffic stop by Officer (Donald) Moore and officer, ah, Jared Henry which ultimately ended at 2201 East Mossman do you remember that? |
| 42 | A: | Yes, sir. |
| 44 | Q1: | Okay. And you were working that night? |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000193

INTERVIEW WITH SAGE HEMMERT
Interviewer: Russell Leeds/Kevin Real
11-04-14/1:27 pm
Case # 14PSB-2006
Page 5

| | | |
|---|---|---|
| 181 | A: | I wanna say they was facing north, but I don't remember. |
| 182 | | |
| 183 | Q1: | So you're going westbound on 9th you would have gone southbound onto? Is |
| 184 | | that Spruce? Is that (unintelligible)? What street is that? |
| 185 | | |
| 186 | A: | Madison. |
| 187 | | |
| 188 | Q1: | Madison? |
| 189 | | |
| 190 | A: | Yeah. |
| 191 | | |
| 192 | Q1: | So you turned southbound onto Madison from 9th Street and drove |
| 193 | | approximately a block south to where they were? |
| 194 | | |
| 195 | A: | Yes, sir. |
| 196 | | |
| 197 | Q1: | So your car was facing southbound? |
| 198 | | |
| 199 | A: | Yes. |
| 200 | | |
| 201 | Q1: | Um, Do you recall – your best recollection do you know what the time lapse |
| 202 | | was from the time you heard 'em start – initiate the stop to the time you |
| 203 | | arrived? |
| 204 | | |
| 205 | A: | Ah, two minutes, maybe. |
| 206 | | |
| 207 | Q1: | Okay. Um, according to dispatch time, just for the record, there first notice to |
| 208 | | dispatch was at 2223:39 and dispatch showed you on scene at 2225:18. Just |
| 209 | | shy of two minutes so. Um, and part of that time was them following the car, |
| 210 | | so when you arrived they'd been stopped and out of the car for probably less |
| 211 | | than a minute. |
| 212 | | |
| 213 | A: | Right. |
| 214 | | |
| 215 | Q1: | Um, as you approach - next time you get out, you park north of where they're |
| 216 | | at? |
| 217 | | |
| 218 | A: | Yes. |
| 219 | | |
| 220 | Q1: | Okay. What do you see when you get outta your car? |
| 221 | | |
| 222 | A: | I see there's a white Honda backed into a driveway. There on the south – the |
| 223 | | Honda is facing west. They're on the southside of the Honda and they're on |
| 224 | | the ground. Um, there's a black male on the ground underneath him, on his |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 000197

225 stomach. And there on top of him trying to get him into custody, pull his arms
226 behind his back.
227
228 Q1: Okay. Um, what's – what's your roll at that point? What do you do?
229
230 A: I brought to where they're at. His right arm was available for me right when I
231 got there. So, as soon as I get there I get it. I get a cuff on it. Ah, once I get
232 the cuff on it, I used the cuff kinda as leverage to pull it to the middle of his
233 back. There's saying, I'm saying, everybody's saying, "Give us your arm.
234 Give us your left arm." And it goes for not very long for maybe five seconds
235 between that point and we get his left arm and get the other handcuff on.
236
237 Q1: Okay. Now whenever – when you comin' up, is Officer Henry – what's –
238 what's his position at that point as you recall?
239
240 A: He's near the, um, the suspects head. He's not – he's not like on top of him or
241 like his knees are on…
242
243 Q1: Yeah.
244
245 A: …him or anything but he's like, like, the suspects head would be kinda in
246 between his legs or somewhere in that region and he's near the head.
247
248 Q1: So, is he kinda underneath the suspect?
249
250 A: Um, yeah, kinda, ah, kind of - I think – I remember Henry was kinda on his
251 knees and the suspects head was probably moving around – around the top of
252 his thighs.
253
254 Q1: Okay.
255
256 A: So, kind of, I guess.
257
258 Q1: Did you see anybody deliver any kind of hand strikes or…
259
260 A: No.
261
262 Q1: …apply any force other than muscling to get the hands cuffed?
263
264 A: No.
265
266 Q1: Okay. Did you apply any kind of force other than what you've described?
267
268 A: No.
269

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH SAGE HEMMERT
Interviewer: Russell Leeds/Kevin Real
11-04-14/1:27 pm
Case # 14PSB-2006
Page 9

360 Q1: ...as his personal property.

362 A: Yes.

364 Q1: Okay. Um, do you have anything to do with the search of the car?

366 A: No.

368 Q1: Did you have anything to do with the search of any other property on scene there?

371 A: No.

373 Q1: Okay. What did you do with him after you searched him?

375 A: Um, rolled him over on his butt; stood him up. EMS was on scene; they checked him out. He had Taser probes in his back. They cut his shirt off and removed the probes and I just, um, I just kinda stayed with him. I couldn't let go of him because he was so worked up an agitated and I just tried to calm him down, tell him it's okay, just relax, you know, it's over now, just relax, calm down. He was just real – jerkin' and moving his feet and he was just very agitated. So I stayed with him.

383 Q1: Was he saying anything or talking to you?

385 A: He was saying, um, I'm scared. I live here. I'm scared, ah, just kinda kept repeating himself.

388 Q1: Okay. Did he ever say anything to you at that – from the time that you took him into custody or took control of him, um, through the time that EMS looked at him, did he ever tell you of any injuries or complaint of – make any complaints about the arrest situation?

393 A: No.

395 Q1: No. Just that he was scared and that, um, just that he was scared, basically.

397 A: That he was scared, yeah. And that he lived at the place that we were at.

399 Q1: And he lived at the house.

401 A: Yeah.

403 Q1: Did you have any contact with any citizens while you were staying with him, that you recall?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000201

INTERVIEW WITH SAGE HEMMERT
Interviewer: Russell Leeds/Kevin Real
11-04-14/1:27 pm
Case # 14PSB-2006
Page 12

| | | |
|---|---|---|
| 495 | Q1: | Sitting on the curb in front of his h – or near the driveway. |
| 497 | A: | Uh-huh. |
| 499 | Q1: | So, you're down on his level and you're doing nystagmus while he's sitting? |
| 501 | A: | Yes, sir. |
| 503 | Q1: | Okay. Um, what was the result of the PBT? Do you recall? |
| 505 | A: | Ah, .017, I believe. I could look if you want. |
| 507 | Q1: | Okay. That sounds – I think that's what I read. So, it's .017 which tells you? |
| 509 | A: | He's just – that an 08. So it's not alcohol. That he's… |
| 511 | Q1: | Very little alcohol in his system at that point. |
| 513 | A: | Right. |
| 515 | Q1: | 'Cause legal is .08 and he's at .01. |
| 517 | A: | Right. |
| 519 | Q1: | Significantly below. |
| 521 | A: | Right. |
| 523 | Q1: | Okay. So, at that point he's in custody for – do you know what he's in custody for at that point? |
| 526 | A: | Ah, for evade and allude. Um, also I'd spoken to Henry and Moore really briefly while we were there and they had said that he had tried to take Henry's gun out of its holster so I assumed that he was going to get a charge for that, you know, probably robbery or at the very least battery LEO or something. |
| 531 | Q1: | Okay. |
| 533 | A: | So, that's what he was in custody for at that point. |
| 535 | Q1: | Okay. So the van transport him to jail and you followed or… |
| 537 | A: | Yes. |
| 539 | Q1: | …otherwise ended up at the jail with him? |