INTERVIEW WITH LT. CHET PINKSTON
Interviewer: Cpt. Russell Leeds
12-10-14/9:10 am
Case # 14PSB-2006
Page 1

# INTERVIEW WITH LT. CHET PINKSTON
## Q=Cpt. Russell Leeds
## A=Lt. Chet Pinkston

**Q:** All right. Today is Wednesday, December 10, 2014. It's now about 10 minutes after 9:00 am. Uh, this is gonna be a interview with Lieutenant Chet Pinkston in re- uh, reference to, uh, Wichita Public - okay - Wichita Professional Standards, Case #14PSB2006. Uh, this is regarding Wichita Police Incident #14C, Charles, 51, uh, 933. This is an incident that happened on August 7th of 2014 at about 2223 hours. Um, it began around Murdock and Green and ended at 2201 East Mossman. Um, present in the room is myself, Captain Leeds, ID 1364, and...

**A:** Uh, Chester Pinkston, ID Number's 1438.

**Q:** Okay. Chet, you had an opportunity to read the complaint, is that correct?

**A:** Yes, sir.

**Q:** Okay. And you had an opportunity to review any other report documents that were present?

**A:** Correct.

**Q:** And you signed the Garrity Warning indicate you understand, uh, your responsibilities and rights under Garrity?

**A:** I did.

**Q:** Okay. Um, just to begin, uh, CAD indicates that you were, uh, involved in this call in some capacity and it indicates that you arrived within just a few minutes of the car stop, or the, uh - it was a brief pursuit.

**A:** Right.

**Q:** It indicates that you arrived within a short time after the car stop?

**A:** Um...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH LT. CHET PINKSTON
Interviewer: Cpt. Russell Leeds
12-10-14/9:10 am
Case # 14PSB-2006
Page 3

| | | |
|---|---|---|
| 91 | Q: | Yeah, (Oblinger) was on scene and… |
| 93 | A: | Yeah. |
| 95 | Q: | …I don't think (Moon) was there at all. |
| 97 | A: | Yeah. |
| 99 | Q: | By my… |
| 101 | A: | Yeah, it was one of the SCAT guys, so it had to be (Oblinger). And, uh, they were explaining to us what happened. (Tiffany Dalkwist) was there. |
| 104 | Q: | Yes. |
| 106 | A: | Uh, had her start, uh, gathering up the taser probes and all that 'cause, you know, I - it's the first tasing incident I'd been on since being back on the streets. Uh, been off the streets for six-plus years and so, you know, I didn't know what the proper procedure was but I remember, at one time, we used to collect the probes and - we had to have EMS pull some probes out him. |
| 112 | Q: | Okay. |
| 114 | A: | Uh, you know, he denied that he had done anything wrong at the scene, uh, denied that, uh, he had, uh, any, uh, drugs or other things, I forget what they - exactly was it they found in the - the car, but they found something. And, uh, (Dan) was in charge of that part. I heard the briefing, but I talked to the guy myself just to make sure that, uh, you know, he was okay. Saw no other visible injuries except just the - from the scuffle and the, uh, the probes. Uh, we had to have EMS pull two of 'em out. They were - they were in there pretty solid. |
| 123 | Q: | Okay. |
| 125 | A: | And if I recall correctly, those were in the back. So they had to pull the probes out of him. Uh, you know, he made no allegations that, uh, anybody was, uh, uh, only doing this because of his skin color that I recall. You know, he was just simply focused on denying that he had done anything wrong, denying that he was drunk and denying that he had anything in the car that, uh, you know, he shouldn't have. So, I, uh, left the scene pretty shortly thereafter and I was, uh, satisfied with, you know, how - the way the officers handled it and their explanation at the scene. |
| 134 | Q: | Okay. Um, so you spoke to one - one of the officers, either (Henry) or (Moore)? |

INTERVIEW WITH LT. CHET PINKSTON
Interviewer: Cpt. Russell Leeds
12-10-14/9:10 am
Case # 14PSB-2006
Page 5

| | | |
|---|---|---|
| 181 | | feeling, because when people cause you to, uh, you know, to risk their life, |
| 182 | | risk your life, risk other citizen's lives by chasing 'em, you know, down the |
| 183 | | road, in my opinion for no reason at all... |
| 184 | | |
| 185 | Q: | Mm-hm. |
| 186 | | |
| 187 | A: | ...this was not the world's biggest issue, um, that kind of upsets people. At |
| 188 | | least it used to upset me. |
| 189 | | |
| 190 | Q: | Sure. |
| 191 | | |
| 192 | A: | And I kinda took it that that's what he was upset about, but I don't recall him |
| 193 | | necessarily chipping his teeth to the bad guy. Uh, I don't recall him being out |
| 194 | | of control or cursing or anything, but, uh, I think it was the, uh - they're both |
| 195 | | big guys, uh, and I wanna say the one with - that had the - the black hair, as |
| 196 | | opposed to the maybe brown hair, but I'd have to see their picture to tell |
| 197 | | you... |
| 198 | | |
| 199 | Q: | Yeah, (Donnie Moore) was taller, um... |
| 200 | | |
| 201 | A: | They're both big guys. |
| 202 | | |
| 203 | Q: | Tall and skinny and then... |
| 204 | | |
| 205 | A: | Especially compared to me, I'm 5'8", so... |
| 206 | | |
| 207 | Q: | But they're - they're agitated... |
| 208 | | |
| 209 | A: | Mm-hm. |
| 210 | | |
| 211 | Q: | ...probably adrenaline still... |
| 212 | | |
| 213 | A: | Yes. |
| 214 | | |
| 215 | Q: | ...high? |
| 216 | | |
| 217 | A: | Yes. |
| 218 | | |
| 219 | Q: | Um, but your recollection, they didn't have direct contact with the suspect. |
| 220 | | They weren't taunting or otherwise hands-on with him after you - when you |
| 221 | | arrived or after you arrived? |
| 222 | | |
| 223 | A: | No. I never saw - I never saw either one of 'em touching him except I think |
| 224 | | one of 'em helped when they stood him up. |
| 225 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000416