INTERVIEW WITH MELISSA SUTTON
Interviewer: Russell Leeds/Lance Oldridge
11-07-14
Case # 14PSB-2006
Page 1

**INTERVIEW WITH MELISSA SUTTON**
**Q=Russell Leeds**
**Q1=Lance Oldridge**
**A=Melissa Sutton**

13  Q:   All righty. Hey. How are you?

15  A:   Good. And yourself?

17  Q:   All right. I appreciate you coming in this morning after having worked last
18       night. Do you have to work again tonight?

20  A:   Yep.

22  Q:   Okay. Um, this morning we're going to do a brief interview on a, uh, incident
23       that happened back on August 7, 2014, under Wichita Police Case
24       14C051933. Uh, the Professional Standards number is 14PSB-2006. Uh, I'm
25       Captain Russell Leeds, ID 1364.

27  Q1:  Detective Lance Oldridge, 1591.

29  Q:   And you are...

31  A:   Service Officer Sutton, SO277.

33  Q:   Okay. Your first name is?

35  A:   Melissa.

37  Q:   Okay. Um, you had an opportunity to look over some of the reports to refresh
38       your memory as to what happened that night?

40  A:   Yes, sir.

42  Q:   Um, I need you to read Garrity. And...

44  A:   Okay.

INTERVIEW WITH MELISSA SUTTON
Interviewer: Russell Leeds/Lance Oldridge
11-07-14
Case # 14PSB-2006
Page 3

| | | |
|---|---|---|
| 91<br>92<br>93 | Q: | Okay. Can you just give me just a brief overview of how you came to, uh, be involved, how you got sent there, how you came to be there? |
| 94<br>95<br>96<br>97<br>98<br>99<br>100 | A: | I was dispatched to there. Um, when I got there they asked me to - the officers asked me to do a PBT. And, um, I read the gentleman his - Mr. (Washington) his, uh, PBT rights. He agreed to take the PBT. We took it. It was a - a, uh, .017 at 2252. And, um, they were going to take him in. They were going to put him in Officer Hemmert's car but he started kind of freaking out and stuff. So they decided to put him in the back of the van... |
| 101<br>102 | Q: | Okay. |
| 103<br>104 | A: | ...to - so I could transport him there. |
| 105<br>106<br>107 | Q: | Okay. Do you remember - do you remember what this guy looked like or anything about him? |
| 108<br>109<br>110 | A: | Uh, w- uh, he was a black male, uh, a little bit older. Um, I remember his shirt being cut because he kept wanting us to - he wanted to keep covering up. |
| 111<br>112<br>113 | Q: | Okay. But he was handcuffed at the time that you did the PBT or do you recall? |
| 114<br>115 | A: | I believe so. |
| 116<br>117 | Q: | Okay. |
| 118<br>119 | A: | I'm not 100%. |
| 120<br>121<br>122 | Q: | Um, do you know - at the point that you arrived, do you know how long that they had been on scene or... |
| 123<br>124 | A: | I don't. |
| 125<br>126 | Q: | Okay. |
| 127<br>128 | A: | It - I don't know. |
| 129<br>130<br>131<br>132 | Q: | Okay. Do you remember - it appeared from the CAD information that you were dispatched sometime around 2241 hours. Um, do you recall getting dispatched and where you were coming from? |
| 133<br>134 | A: | Um, I believe I was sitting off downtown. |
| 135 | Q: | Okay. So you were downtown and you drove to... |

Case 2:16-cv-02100-CM    Document 45-14    Filed 05/10/17    Page 3 of 3

INTERVIEW WITH MELISSA SUTTON
Interviewer: Russell Leeds/Lance Oldridge
11-07-14
Case # 14PSB-2006
Page 12

| | | |
|---|---|---|
| 495 | | |
| 496 | A: | Yes. |
| 497 | | |
| 498 | Q: | ...to Mr. (Washington)? |
| 499 | | |
| 500 | A: | Yes, sir. |
| 501 | | |
| 502 | Q: | Mr. (Washington) consented to a breath... |
| 503 | | |
| 504 | A: | Yes. |
| 505 | | |
| 506 | Q: | ...test? |
| 507 | | |
| 508 | A: | Yeah. |
| 509 | | |
| 510 | Q: | Do you remember what the results of that were? |
| 511 | | |
| 512 | A: | The breath? It was, uh, he blew, uh, all zeroes. |
| 513 | | |
| 514 | Q: | He blew all zeroes? |
| 515 | | |
| 516 | A: | Yeah. |
| 517 | | |
| 518 | Q: | Okay. So the indication to you at that point is he probably doesn't have any |
| 519 | | alcohol on board? |
| 520 | | |
| 521 | A: | Yeah. By that - because it - earlier on the PBT it was a .0, uh, 17 at 2255. |
| 522 | | And the test itself was at 2352 so an hour later or 2358 was the actual test. |
| 523 | | |
| 524 | Q: | Okay. |
| 525 | | |
| 526 | A: | And so an hour later he blew all zeroes. |
| 527 | | |
| 528 | Q: | And the PBT was at what time? |
| 529 | | |
| 530 | A: | Uh, 2255. |
| 531 | | |
| 532 | Q: | So an hour and three minutes later he goes from a .017 to a .000? |
| 533 | | |
| 534 | A: | .000. Mm-hm. |
| 535 | | |
| 536 | Q: | Okay. |
| 537 | | |
| 538 | A: | And Officer Hemmert - he read the DC-70 or the implied consent. He started |
| 539 | | at 2350 and he, uh, Mr. (Washington) agreed to take the test at 2352. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 000329