# Prehospital Care Report Summary

### Sedgwick County EMS

**Date:**08/07/2014 **Call #:**035645  **Booklet:**80878423 **Branch:** Sedgwick County EMS  **Time Zone:**America/Chicago

## Call Information:

| | | # Patients Transported | |
|---|---|---|---|
| **Disposition:** | Treated/No Transport | In My Unit: | 0 |
| **Unit #:** | M33 - M33, Ground-Ambulance  **Trip Type:** N/A | # Patients at Scene: | 2 |
| **Run Type to Scene:** | Emergency | | |
| **Incident Facility:** | | **Call Received:** | 22:26:19 |
| **Incident Location:** | N MADISON AV / E MOSSMAN AV - WICHITA, KS 67214 (Sedgwick County) | **Dispatched:** | 22:27:00 |
| **Incident Type:** | Residence (Home) | **En Route:** | 22:27:41 |
| | | **On Scene:** | 22:30:56 |
| **Receiving Facility:** | N/A - | **Patient Contact:** | 22:31:46 |
| **Facility Address:** | | **Left Scene:** | N/A |
| **Destination Type:** | N/A | **At Destination:** | N/A |
| **Dest. Reason:** | N/A | **Transfer of Care:** | N/A |
| **Registration #** | N/A | **In Service:** | 22:51:26 |
| **Loaded Mileage:** | N/A | **Time On Scene:** | N/A Min |
| **Crew Members:** | Jamie McHugh, EMT Paramedic; Aaron Palmer, EMT Paramedic*(DS)(DOC)*; WFD EMT, No Certifications | **Time to Destination:** | N/A Min |
| | | **Total Time of Run:** | 24 Min |

**Moved to Amb By:**    **Transport Position:**    **From Amb By:**

**Call Origin:**    911    **Lights/Siren:** Scene-Not used  / Destination-Not used

## Patient Information:

| | | | |
|---|---|---|---|
| **Name:** | JOE C WASHINGTON | **DOB:** | ▓▓▓▓▓▓ |
| **Address:** | 2201 E MOSSAMAN - Wichita, KS 67214 | **Gender:** | Male |
| **Phone:** | | **Age:** 59 Years | |
| **Email:** | | **Weight:** 220.0 lbs, **Broselow:** | |
| **SSN:** | -- | | |
| **Driver License:** | | | |

**Other Contact Info**
**Name:**                **Phone:**              **Cell Phone:**
**Relationship:**

| | | |
|---|---|---|
| **Current Meds:** None | **Comments:** | |
| **Env Allergies:** NKA | **Comments:** | |
| **Med Allergies:** NKDA | **Comments:** | |
| **Patient Physician:** | | |
| **Advanced Directives:** | | |
| **PMH:** | | |
| **Comment:** | | |

## Payer Information:

## Clinical:                                                                 Medical Need:

**Onset Date/Time:** 08/07/14 22:26:00
**Dispatch Reason (EMD):** 32A01  RESPONDER TRIAGE GREEN

**Chief Complaint:** Trauma Injury
**Provider Impression:** Trauma Injury, Anxiety
**Mechanism of Injury:** Fight/Brawl
**Protocol 1:** General Assessment                **Protocol 2:** Trauma Management

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| | | ABC | Airway: Patent |

**Breathing:** Normal **Quality:** Unlabored
  **Skin Color:** Normal  **Skin Temperature:** Normal  **Skin Condition:** Moist
**Edema:** None  **Cap Refill:** < 2 Seconds

| | Injury | **Injury - Back** |
| --- | --- | --- |
| | | **Location Modifier:** External, Internal, Left, Right  **Injury:** Soft Tissue Injury  **Injury Modifier:   Comments:** Pt is noted to have X3 taser barbs still embedded in his skin. The barbs are located in the pts thoracic posterior region. X2 on the left and one on the right . No active bleeding is noted at the time of EMS arrival. |
| | Head To Toe | **Head and Neck:**<br>  **Left Eye:** Reactive<br>  **Right Eye:** Reactive |
| | Neurological | **AVPU:** Alert |

**Vitals:**

| Time | Employee | Summary |
| --- | --- | --- |
| 22:33:00 | | **Glasgow Coma Score:** E (4) + V (5) + M (6) = **15** |
| 22:41:00 | Palmer, Aaron | **BP:** 152/ PAL<br>**Pulse:** 120<br>**Resp:** 18<br>**SPO2:** 97 |
| 22:50:00 | | **Glasgow Coma Score:** E (4) + V (5) + M (6) = **15** |

**Treatments/Medications:**

| Time | Employee | Summary |
| --- | --- | --- |
| 22:34:00 | Palmer, Aaron | **Treatment- LOC Assessment**<br>**Attempts:** N/A  **Success:** Yes<br>**Level:** BLS<br>**Comments:** ALERT X3 |
| 22:40:00 | McHugh, Jamie | **Treatment- Wound Care**<br>**Attempts:** N/A  **Success:** Yes<br>**Level:** BLS<br>**Comments:** EMS REMOVED X3 TAZER BARBS FORM THE PTS BACK. THE AREAS EFFECTED WERE MASSAGED FOR A SHORT AMOUNT OF TIME TO REDUCED SWELLING AND TO MAKE SURE NO ACTIVE BLEEDING OCCURRED AFTER THE REMOVAL OF THE BARBS. THE EFFECTED AREAS ARE NOTED TO BE REDUCED IN SWELLING AFTER REMOVAL AND NO ACTIVE BLEEDING IS NOTED. |

**Supply**

 **Qty  Supply**

**EKG Device Incident Number:**

**Narrative History Text:**
RUN DISPOSITION:  TREATED / NO TRANSPORT

INTRO: ON AUG 07 2014, UNIT M33 RESPONDED TO N MADISON AV / E MOSSMAN AV ON A REPORTED 32A01 - RESPONDER TRIAGE GREEN.

C/C: PATIENT IS A 59 YEARS OLD MALE, C/O TRAUMA INJURY

HPI: PT IS FOUND STANDING ON SIDEWALK IN POLICE CUSTODY. PT HAS SLIGHT ETOH LIKE ODOR ON HIS BREATH. PT IS ALERT AND ORIENTED. PT WAS BEING STOPPED FOR A TRAFFIC VIOLATION AND RAN FROM THE POLICE ON FOOT WHEN HE WAS TASED. 3 TASER BARBS WERE REMOVED FROM PTS BACK IN THE THORACIC REGION. WOUND SITES HAD VERY LITTLE BLEEDING AND NO SWELLING. PT STATES HE DID NOT HIT HIS HEAD BUT WAS TASED WHEN HE WAS ON THE GROUND. NO SIGNS OF TRAUMA SEEN ON PT. PTS ONLY COMPLAINT IS PAIN IN HIS BACK WHERE THE TASER HIT HIM.

PMH: PT STATES HE HAS A BAD RIGHT SHOULDER FOR UNKNOWN REASONS.

ALLERGIES: NKDA  NKA

MEDICATIONS:  NONE

ASSESSMENT:
HEENT; AIRWAY (PATENT) ; PUPILS LEFT (REACTS) RIGHT (REACTS. FACE IS SWEATY. NO SIGNS OF TRAUMA NOTED.
NECK; NO JVD. NO TRACHEAL DEVIATION. NORMAL APPEARANCE.
CHEST; FULL AND EQUAL CHEST RISE.
ABDOMEN; SOFT. NO DISTENTION.
PELVIS; STABLE. PT IS AMBULATORY ON SCENE.
POSTERIOR; 3 TASER BARBS IN PTS THORACIC REGION. MINIMAL BLEEDING PRESENT. NO OTHER ABNORMALITIES.
EXT; NO ABNORMALITIES.

INJURY: 3 TASER BARBS IN BACK

SYSTEMS:
CV; STRONG AND REGULAR RADIAL PULSE.
RESP; RATE (NORMAL), (UNLABORED),
NEURO; AVPU (ALERT), INITIAL GCS (15)
GI/GU; NO ABNORMALITIES.
INTEG; SKIN COLOR (NORMAL) TEMP (NORMAL) CONDITION (MOIST) CAP REFILL (LESS THAN 2SEC) EDEMA (NONE)

VITALS:
22:41:00  BP:152/PAL  HR:120  RR:18  SATS:97

PROVIDER IMPRESSION: NO MEDICAL PROBLEM, TASER BARB REMOVAL

TREATMENT:
22:34:00: LOC ASSESSMENT,

OUTCOME:
ENDING GCS = (15) PT LEFT IN THE CUSTODY OF WICHITA PD.

PATIENT LEFT IN THE CARE OF: SELF
PT DOES NOT WISH TO BE TRANSPORTED TO THE HOSPITAL?  YES
PT IS CAPABLE AND COMPETENT TO SIGN AMA?  YES
PT IS ABLE TO AMBULATE / IS AT BASELINE MOBILITY?  YES
PT WAS COUNSELED ABOUT RISKS OF NOT SEEKING TREATMENT?  YES
PT UNDERSTANDS THE RISKS OF REFUSING TX & TRANSPORT?  YES
PT ADVISED TO IMMEDIATELY CALL 911 IF ANY CHANGES ARE NOTED?  YES

PATIENT CARE TRANSFERRED TO: SELF/ WICHITA PD
==========================================
DOCUMENTATION BY: CREW 2
CREW #1: MCHUGH, JAIME
CREW #2: PALMER, AARON
CREW #3: EMT, WFD
**Unable to Sign:**
**Unable to Sign Reason:** Unable to hold stylet/pen
**Authorized Representative:** Representative of an agency or institution that did not furnish the services for which payment is claimed
(i.e., ambulance services) but furnished other care, services, or assistance to the patient
**Authorized Representative Signature:** Yes
**Secondary Documentation:** Unable to obtain secondary documentation
**Secondary Documentation Signature:** No
**Comment:**
HANDCUFFED IN WPD CUSTODY

**Auth Signature:** No   **Privacy Sig:** No   **Unable to Sign:** Yes   **Refused to Sign:** No

**Signature Image(s):**
Authorization Signature                                Privacy Notice Signature

Receiving RN / MD Signature

Technician Signature - Palmer, Aaron - 08/08/2014 00:27

Authorized Representative Signature - oblinger c2110 - 08/07/2014 22:40

I Refuse Treatment/Transportation Signature - joe washington - 08/07/2014 22:40

Peer Review Signature - Jaime McHugh ,022 - 08/08/2014 05:02

**Recommended Service Level: BLS  /  Dispatch Service Level: BLS**

**On Scene Condition Code: 796.4 (Abnormal vital signs [includes abnormal pulse ox])**