# Exhibit 6

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOE C. WASHINGTON,                )
                                  )
            Plaintiff,            )
                                  )
     vs.                          ) Case No.
                                  ) 16-CV-02100-CM-GEB
                                  )
JARED HENRY, sued in his          )
individual and official           )
capacity as duly appointed and    )
acting Police Officer of the      )
CITY OF WICHITA, KANSAS, and      )
DONALD MOORE, sued in his         )
individual and official           )
capacity as duly appointed and    )
acting Police Officer of the     )
CITY OF WICHITA, KANSAS,          )
                                  )
            Defendants.           )
                                  )

D E P O S I T I O N

   The deposition of JOE CURTIS WASHINGTON taken on behalf of the Defendants pursuant to the Federal Rules of Civil Procedure before:

          RICK J. FLORES, CSR
          KELLEY REPORTING ASSOCIATES, LTD.
          515 South Main, Suite 105
          Wichita, Kansas  67202

a Certified Shorthand Reporter of Kansas, at 515 South Main, Suite 105, Wichita, Sedgwick County, Kansas, on the 14th day of October, 2016, at 10:16 a.m.

Page 133

1  Q. Are you 5'10"?
2  A. About 5'9 1/2".
3  Q. Weigh 185?
4  A. I don't know how much I weigh.
5     (Washington Exhibit Nos. 22 and 23
6     were marked for identification.)
7  Q. Is Exhibit 22 the complaint filed by the
8     Sedgwick County District Attorney's Office?
9  A. Yes, I'm familiar with this document.
10 Q. Is Exhibit 23 the journal entry of the result
11    of that case where you pled?
12 A. Okay. Yes, I remember that journal entry.
13 Q. That is the journal entry from the criminal
14    case?
15 A. Yes.
16        MR. PIGG: I don't have any other
17    questions.
18        CROSS-EXAMINATION
19 BY MR. OGUNMENO:
20 Q. I have a few questions for you.
21    On this Exhibit No. 3, was there snow
22    on the ground the day of the incident?
23 A. No.
24 Q. Okay. So this picture was taken on -- what
25    was the date on it?

Page 134

1  A. I don't know when the picture is -- it wasn't
2     any snow on the ground, no.
3  Q. What date was on that picture Exhibit 3?
4  A. November the 18th, 2014.
5  Q. So this is not the condition of the property
6     the day of the incident on August -- let me
7     finish my question.
8  A. Okay.
9  Q. On August 8 -- August 7, 2014; correct?
10 A. Correct.
11 Q. Okay. You see Exhibit 6? Do you recognize
12    the person in that picture Exhibit 6?
13 A. No.
14 Q. Okay. Does that show the type of shirt you
15    wear on that day?
16 A. Yes.
17 Q. But you don't know whether that was you or
18    not?
19 A. No.
20 Q. Exhibit 8, who was that?
21 A. That's me.
22 Q. Other than the red eye that was on Exhibit 8,
23    did you see any marks on your body that may
24    be injury?
25 A. No, other than the face, the swelling in my

Page 135

1     face.
2  Q. The point here on your neck, was that a
3     injury or any kind of injury?
4  A. No, that injury was already there.
5  Q. Okay.
6  A. I cut myself shaving earlier.
7  Q. All right. On Exhibit 9, do you see anybody
8     that looks like you in picture in Exhibit 9?
9  A. No.
10 Q. You can't recognize who is in that picture?
11 A. Well, let me look again here. I didn't at
12    first. That looks like my aunt right there.
13    That looks like my aunt.
14 Q. If you don't know, don't speculate.
15 A. Okay. No, I don't recognize anybody.
16 Q. Thank you. When you felt the Taser impact on
17    your body that day, did Officer Henry give
18    you any warning that he was going to Tase
19    you?
20 A. No.
21 Q. You said you felt it about how many times, do
22    you remember?
23 A. I felt it about six times.
24 Q. So the second time did he give you any
25    warning?

Page 136

1  A. No.
2  Q. So all the six times that he probably Tased
3     you, did he give you any warning that he was
4     going to Tase you?
5  A. No.
6  Q. What was your physical reaction when you felt
7     the impact of the Taser probe in your body?
8  A. I felt a strong electrical shocking in my
9     body. My hands had tightened up, my arms had
10    tightened up and just felt like, you know,
11    like sticking your finger in electric socket
12    or something. I just felt a tremendous shock
13    in my body.
14 Q. And what was your emotional reaction?
15 A. I was devastated. I mean, it was like -- I
16    was like humiliated. It was dehumanizing
17    'cause I'm wondering why am I getting this
18    type of excessive treatment for something I'm
19    not even aware was supposed to have been
20    done. I was embarrassed. It was just -- I
21    just felt like just somebody -- I felt like a
22    animal. I felt like a dog or something with
23    somebody just mistreating me for no reason
24    and I had looked up and I asked God, what did
25    I do so bad for these people to treat me like