# Exhibit 8

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 1

1
2
3
4
5
6
7               **INTERVIEW WITH OFC. DONALD MOORE**
8                    **Q=Cpt. Russell Leeds**
9                    **Q1=Det. Lance Oldridge**
10                   **A=Ofc. Donald Moore**
11
12
13    Q:         (Unintelligible). All right.
14
15    Q1:        Are you on? Are you on?
16
17    Q:         Yeah, I'm on. We're on, uh, had an opportunity to kinda look over the
18               documents. We'll let you read that and, uh, read your Garrity warning, make
19               sure you understand what it says and if so, you can sign it...
20
21    A:         (Unintelligible).
22
23    Q:         ...talk about it. So you got Salt Lake City. Is that what you said?
24
25    Q1:        Yeah. We have three of 'em. They're starting a hot team up - up there, so.
26
27    Q:         What's the population?
28
29    Q1:        I - I thought it was bigger than it is.
30
31    Q:         That's what I was thinking.
32
33    Q1:        They're the same. They're only 250,000.
34
35    Q:         Oh, really?
36
37    Q1:        And these bases, they have a huge area where people commute and it can be
38               the size of a million people commuting, but the actual city (unintelligible).
39               They only have like, uh, probably about 200 less pop- work population for the
40               police department than we do. We're sitting at like 600. They're only like 400
41               (unintelligible).
42
43    Q:         Yeah.
44
45    Q1:        So.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    WICHITA 000272

46
47   Q:            Huh.
48
49   Q1:           Need less officers (unintelligible).
50
51   Q:            He's got a couple of his peers here as well.
52
53   Q1:           Yeah, they're riding, the other two officers, so we'll be here all week.
54
55   Q:            What time is it?
56
57   Q1:           11:05.
58
59   Q:            All right. Good with what it says? Understand what's going on?
60
61   A:            Yes.
62
63   Q:            Okay. And I appreciate you taking time off the street this morning come in.
64                 You guys are just working follow-up on - on stuff?
65
66   A:            Yeah.
67
68   Q:            You're on days for the next couple of weeks?
69
70   A:            Just for this week.
71
72   Q:            Just for this week. Okay.
73
74   A:            (Unintelligible).
75
76   Q:            So be able to stay out late and party on Halloween.
77
78   A:            Glad not to be working it.
79
80   Q:            Go trick or treating? Yeah. Um, okay. Today is Tuesday, October 28, 2014.
81                 It's about, uh, 11:07 am. I'm Captain Russell Leeds, ID1364.
82
83   Q1:           Detective Lance Oldridge, 1591.
84
85   Q:            And you are?
86
87   A:            Officer Donald Moore, 2343.
88
89   Q:            (Unintelligible) FOP Rep, that's fine. Uh, what we're here to talk today about
90                 is, uh, Professional Standards Case Number 14PSB2006. This is in reference

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 3

| | | |
|---|---|---|
| 91 | | to a police incident that you were involved in back on August 7th, uh, and the |
| 92 | | case number on that was, uh, 14C051933. This was the, uh, stop and arrest of |
| 93 | | (Joe Curtis Washington), at 2201 East Mossman. Uh, and you were served as |
| 94 | | the focus, uh, Mr. Washington in the written complaint that was sent to us |
| 95 | | with his signature indicates that, uh, he feels like the force used was excessive. |
| 96 | | Uh, that the forced used was in part because of his race, uh, and that the |
| 97 | | search and seizure - search of his vehicle and seizure of evidence was, uh, |
| 98 | | unlawful. Uh, so basically that's kinda the - the gist of his complaint. Uh, so |
| 99 | | what we wanna do is just kinda go through today and understand what |
| 100 | | happened from your perspective, uh, clarify a couple issues and work from |
| 101 | | there. |
| 102 | | |
| 103 | A: | (Unintelligible). |
| 104 | | |
| 105 | Q: | So you remember this incident that occurred on August 7th... |
| 106 | | |
| 107 | A: | Yes, I do. |
| 108 | | |
| 109 | Q: | ...with Mr. (Washington). Okay, uh, can you tell me - tell me what |
| 110 | | assignments you had that night. What - what you were riding, who you were |
| 111 | | with, uh, kinda what your all's game plan was, what - what you during that - |
| 112 | | during that timeframe just prior to having contact. |
| 113 | | |
| 114 | A: | We went to Patrol North for the North (Scott) Team. |
| 115 | | |
| 116 | Q: | Okay. |
| 117 | | |
| 118 | A: | My partner was Officer (Jarrod Henry). |
| 119 | | |
| 120 | Q: | Okay. |
| 121 | | |
| 122 | A: | And I was driving. He was the passenger, and we were just patrolling that |
| 123 | | evening. |
| 124 | | |
| 125 | Q: | What - this incident happened about 2223 hours. What time did you come on |
| 126 | | duty on the - on August 7th? |
| 127 | | |
| 128 | A: | Five o'clock pm. |
| 129 | | |
| 130 | Q: | Came in at 5 o'clock pm, which is 1700 hours. Um, just prior to this stop were |
| 131 | | you guys in that area for any particular reason or were you just driving |
| 132 | | through that area? What - what prompted you to be in the area of Green? |
| 133 | | |
| 134 | A: | Just patrolling. |
| 135 | | |

| | | |
|---|---|---|
| 136 | Q: | Okay. So you - you - you weren't doing any kind of particular - you weren't |
| 137 | | following up on any particular investigation. You were just covering your - |
| 138 | | your bureau and your beat area. |
| 139 | | |
| 140 | A: | Correct. |
| 141 | | |
| 142 | Q: | Uh, can you tell me what drew your attention to - Mr. (Washington) was |
| 143 | | driving a white Honda four-door, uh, passenger car. Is that correct? |
| 144 | | |
| 145 | A: | Correct. |
| 146 | | |
| 147 | Q: | Okay. Can you tell me what drew your attention to that car, and what |
| 148 | | prompted the, uh, the, uh, the, uh, effort to stop that car? |
| 149 | | |
| 150 | A: | Uh, it was a pretty quiet night, saw it drive southbound, uh, Mr. |
| 151 | | (Washington)'s car was southbound on Green. |
| 152 | | |
| 153 | Q: | Okay. |
| 154 | | |
| 155 | A: | I was westbound on Mossman. Those two streets intersect. I was probably a |
| 156 | | block east of, uh, Green. As that car went south we came up to the |
| 157 | | intersection, looked, uh, to my left, which is south, and the vehicle was |
| 158 | | making a right-hand turn without a signal. |
| 159 | | |
| 160 | Q: | Okay. |
| 161 | | |
| 162 | A: | On Murdock just at a block, block and a half away. |
| 163 | | |
| 164 | Q: | Okay, so there wasn't a lot of traffic out that night? |
| 165 | | |
| 166 | A: | No. |
| 167 | | |
| 168 | Q: | And at this time of night, uh, but as you reach the intersection. You look |
| 169 | | down, you see the car. It's making a - a turn. |
| 170 | | |
| 171 | A: | Mm-hm. |
| 172 | | |
| 173 | Q: | And you see it's not signaling the turn. |
| 174 | | |
| 175 | A: | Correct. |
| 176 | | |
| 177 | Q: | So at that point, what decision do you make at that point? |
| 178 | | |
| 179 | A: | To drive down follow the vehicle. |
| 180 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 5

| 181 | Q: | Okay. Uh, Did you have an intent to stop the vehicle as you turned or what - |
| 182 | | what exactly were you... |
| 183 | | |
| 184 | A: | Yeah, I - I wanna stop the vehicle. |
| 185 | | |
| 186 | Q: | Okay, so you're - you made the turn. How far ahead of you was he at that |
| 187 | | point? |
| 188 | | |
| 189 | A: | Block or two. |
| 190 | | |
| 191 | Q: | Okay. So he had turned off of Green onto? |
| 192 | | |
| 193 | A: | Murdock. |
| 194 | | |
| 195 | Q: | Onto Murdock and he was going eastbound. Is that correct? |
| 196 | | |
| 197 | A: | Westbound. |
| 198 | | |
| 199 | Q: | He was going westbound. Uh, so you're a block to two blocks behind and |
| 200 | | you're attempting to catch up 'cause you intend to initiate a traffic stop for the |
| 201 | | infraction. Did you have any prior knowledge - did you recognize that car? |
| 202 | | Had you ever seen that car before? |
| 203 | | |
| 204 | A: | No. |
| 205 | | |
| 206 | Q: | Uh, at that point you're a couple blocks behind. You have no idea who's in |
| 207 | | the car, how many people are in the car, anything like that? Is that correct? |
| 208 | | |
| 209 | A: | I had no idea. |
| 210 | | |
| 211 | Q: | Okay. Um, at what point did you catch up with the car? |
| 212 | | |
| 213 | A: | That would've been just a little east of Grove. |
| 214 | | |
| 215 | Q: | Okay. Just a little bit east of Grove, um, on Mossman. |
| 216 | | |
| 217 | A: | Murdock. |
| 218 | | |
| 219 | Q: | On Murdock, uh, and you catch up to the car, and at that point, is that when |
| 220 | | you initiate lights and attempt to stop the car? |
| 221 | | |
| 222 | A: | Correct. |
| 223 | | |
| 224 | Q: | Okay. Just kinda walk me through as you recall what happened at that point. |
| 225 | | Um, you attempt to stop the car and then what happens? |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          WICHITA  000276

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 6

226
227    A:       The vehicle makes a turn to go north on Grove.
228
229    Q:       Do you remember if it signal that or not?
230
231    A:       I do not remember.
232
233    Q:       Okay, anyway, go ahead.
234
235    A:       Uh, turns north on Grove and then immediately turns west onto Random.
236
237    Q:       Okay.
238
239    A:       The difference in those two streets is maybe half a block.
240
241    Q:       Okay.
242
243    A:       Uh, turns west onto Random and then that's about whenever we turn the
244             sirens on...
245
246    Q:       Okay.
247
248    A:       ...also. Uh, vehicle kinda wraps its way around Random. Uh, he goes on, I
249             believe it's Madison.
250
251    Q:       Okay, and as I recall you're the dri- you're driving that night.
252
253    A:       Correct.
254
255    Q:       Officer (Henry) is the passenger.
256
257    A:       Correct.
258
259    Q:       Uh, car doesn't stop and when it gets to 2201 East Mossman, it stops in the
260             roadway. Which way is it going? It is going north or south at that point?
261
262    A:       North.
263
264    Q:       Okay, it's heading northbound.
265
266    A:       The driveway to 2201, uh, (unintelligible) west.
267
268    Q:       Mm-hm, and that's onto Madison Street.
269
270    A:       It's onto Madison.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

271
272    Q:        Okay, so he's on Madison headed northbound and he stops in the middle of
273              the roadway on Madison.
274
275    A:        Correct.
276
277    Q:        Um, and then at that point backs into the driveway?
278
279    A:        Yes.
280
281    Q:        Okay. You're still in the passenger seat.
282
283    A:        Driver seat.
284
285    Q:        Oh, yeah. I'm sorry. You're still in the driver seat, and Officer (Henry) gets
286              outta the car.
287
288    A:        Correct.
289
290    Q:        Okay. Uh, during the time that you're following the car before it stops on
291              Madison, did you guys run the tag or was there time to do that in the -
292              obviously this didn't take very long to get from point - the point where you
293              turned the lights on to the point where he stops in the roadway.
294
295    A:        I do not.
296
297    Q:        Okay. So, the tag wasn't run as far as you know. Um, at that - were you able
298              to tell the number of occupants or who was driving the car or anything like
299              that?
300
301    A:        I couldn't.
302
303    Q:        Okay. Uh, were you able to determine the race or gender of the driver?
304
305    A:        No.
306
307    Q:        Okay. So you're following from behind. It's dark outside and you really can't
308              tell who's in the car. You just know they're not stopping.
309
310    A:        Correct.
311
312    Q:        Uh, once the car backs into the driveway and Officer (Henry) exits the - exits
313              the pol- patrol car and approaches the car, uh, can you kind of explain to me
314              what went down at that point, what you observed.
315

| 316 | A: | Remember Officer (Henry) got out. Uh, the vehicle started to back up, so I |
| 317 | | thought it was gonna stop in the street. |
| 318 | | |
| 319 | Q: | Okay. |
| 320 | | |
| 321 | A: | But he starts to back up, so I backed patrol vehicle up to keep from getting ran |
| 322 | | into. I didn't know if he was backing into us, or the driveway. So I back up a |
| 323 | | little bit, turn the siren off so I can hear, and I shine the spotlight on the driver |
| 324 | | as it's backing up, and I see who was eventually (Joe Washington)... |
| 325 | | |
| 326 | Q: | Okay. |
| 327 | | |
| 328 | A: | ...in the driver seat. He's the only person in the car. |
| 329 | | |
| 330 | Q: | Okay. Uh, did you know Mr. (Washington) prior to that night? |
| 331 | | |
| 332 | A: | No, I did not. |
| 333 | | |
| 334 | Q: | Did you recognize him as anybody that you knew? |
| 335 | | |
| 336 | A: | No. |
| 337 | | |
| 338 | Q: | Okay. So it's a - a man you don't know in a white Honda backing into a |
| 339 | | driveway. |
| 340 | | |
| 341 | A: | Correct. |
| 342 | | |
| 343 | Q: | After he's failed to stop for you. Uh, as you approach, once he's backed in and |
| 344 | | you get out of the car, uh, just explain to me what - what you did as best you |
| 345 | | recall, what you observed and what you did. |
| 346 | | |
| 347 | A: | As - as I was running up, Officer (Henry) was getting, uh, Mr. (Washington) |
| 348 | | outta the car. |
| 349 | | |
| 350 | Q: | Mm-hm. |
| 351 | | |
| 352 | A: | Looked like to me, Mr. (Washington) had either tackled or - or pushed Officer |
| 353 | | (Henry) back into a chain link fence. |
| 354 | | |
| 355 | Q: | Okay. |
| 356 | | |
| 357 | A: | I'd say the distance between the car and the fence - fence was just south of the |
| 358 | | car, um, 6' maybe - 6' to 8'. |
| 359 | | |
| 360 | Q: | Okay. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 9

361
362    A:        Uh, so as they're going back into the fence, that's whenever I'm getting up
363            there. I grab a hold of Mr. (Washington), uh, from behind trying to pull him
364            off, and Officer (Henry) is on the ground.
365
366    Q:        Okay. And what's - what effect does that have on Mr. (Washington)?
367
368    A:        Nothing.
369
370    Q:        Okay. How would you characterize his behavior at that point? I mean, is he
371            actively trying to prevent you from pulling him off, or is he pinned down by
372            (Henry) somehow or why are you not able to get him loose?
373
374    A:        What I noticed was he had his right hand gripped into a chain link fence.
375
376    Q:        Okay.
377
378    A:        And I was not able to pull his hand free from that fence.
379
380    Q:        Okay. So his right hand has a hold of the fence, and he's on top of (Henry).
381
382    A:        Yeah.
383
384    Q:        Okay. Uh, do you give him any verbal commands? Uh, what are you trying to
385            do to get him...
386
387    A:        I'm yelling at him over and over again to give me his hands.
388
389    Q:        Okay, and is he responding to you?
390
391    A:        No.
392
393    Q:        No response and...
394
395    A:        (Unintelligible).
396
397    Q:        ...you're physically not able to...
398
399    A:        As I was still pulling, uh, I looked him right in the face, told him quit, you
400            know, "Gimme your hands. Quit resisting," and then he did yell at me that he
401            wasn't resisting.
402
403    Q:        Okay. But he still has a hold of the chain link fence?
404
405    A:        Yeah.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    

406
407    Q:          And he's still not surrendering his hands and he's still not getting off the
408                officer.
409
410    A:          Yes.
411
412    Q:          Okay. During that time you didn't observe Officer (Henry) holding onto him,
413                holding him down or anything like that?
414
415    A:          No, I did not.
416
417    Q:          He's just - he's not complying. He's staying on top of the officer. He's not
418                surrendering to you. Is that correct?
419
420    A:          Correct.
421
422    Q:          Okay. I ask you about Mr. (Washington), had you ever had any dealings with
423                or any prior knowledge of the house there at 2201 Mossman that he backed
424                into.
425
426    A:          Not at the time.
427
428    Q:          Okay.
429
430    A:          If I have, I don't know.
431
432    Q:          Had no meaning to you at the time.
433
434    A:          No.
435
436    Q:          So the car had no meaning. Mr. (Washington) was nobody that you recognize,
437                and the house was someplace that you don't recall having ever dealt with.
438
439    A:          Correct.
440
441    Q:          Correct? Uh, and we already kinda went over the initial observation of the
442                violation to fail to signal. Uh, was there any discussion between you and
443                Officer (Henry) as to the violation and the - the intent to stop or this was a
444                violation that you observed and you made the determination yourself that you
445                were gonna pursue and try to stop for the violation?
446
447    A:          We always communicate if we're going to stop a car. That way the person
448                knows, you know, if I - if I saw a violation and he was looking the other way
449                then he would know why I'm stopping the car.
450

451 Q:    Okay.
452
453 A:    (Unintelligible) pretty sure that happen that night that I said, uh,
454       (unintelligible)...
455
456 Q:    So it was your observation and your determination that you wanted to stop
457       this car for the infraction.
458
459 A:    Correct.
460
461 Q:    Okay. Uh, which characterizes as a pretext stop, or was it simply a traffic stop
462       for an infraction?
463
464 A:    Traffic stop for an infraction.
465
466 Q:    Okay. At the time initiated you saw an infraction. You're gonna stop for the
467       infraction and that's really all your intent was, but then he fail to stop, which...
468
469 A:    Correct.
470
471 Q:    ...caused you to escalate - or case the escalation of your level of apprehension
472       about what his, you know, what was going on with him. I mean, is that - is
473       that a fair characterization?
474
475 A:    Yeah. It always gets you - your hyper-vigilance up on that, so.
476
477 Q:    Now he failed to stop. Was he speeding or was he simply driving a normal...
478
479 A:    I'd say less than normal speed.
480
481 Q:    Okay. You made mention in your report of him signaling through the curves.
482       Do you recall that?
483
484 A:    Yes.
485
486 Q:    Okay, and what's odd about that?
487
488 A:    On Random - trying to get my directions right. Whenever you start going left
489       on Random from Grove...
490
491 Q:    Mm-hm.
492
493 A:    ...after about couple hundred feet there's right turn that goes north, and that's
494       the only direction that goes there's no stop signs, nothing -- normally not a
495       road you would signal on.

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 12

| | | |
|---|---|---|
| 496 | | |
| 497 | Q: | Okay. |
| 498 | | |
| 499 | A: | Uh, and after it goes north another 100' or 200' then he goes back to the west. |
| 500 | | Again, it's just a - a curve in the road. |
| 501 | | |
| 502 | Q: | Sure. |
| 503 | | |
| 504 | A: | Most people don't signal that. |
| 505 | | |
| 506 | Q: | So after failing to signal on his initial turn that you observed, he's now |
| 507 | | signaling in these curves as if they're intersections, which they are not. |
| 508 | | |
| 509 | A: | Correct. |
| 510 | | |
| 511 | Q: | Okay. So that was another clue for you. You mention it in your report, so I |
| 512 | | assume it caught your attention ass something that was unusual. |
| 513 | | |
| 514 | A: | Yes. |
| 515 | | |
| 516 | Q: | Uh - uh, how long did the confrontation take from the time that Officer |
| 517 | | (Henry) pulled him outta the car until the time that he's restrained, taken into |
| 518 | | custody? What's your estimation on the time lapse in that - in that, uh, |
| 519 | | physical struggle? |
| 520 | | |
| 521 | A: | Maybe a minute. |
| 522 | | |
| 523 | Q: | Maybe a minute? Okay. So it wasn't a very long time - long period of time. |
| 524 | | This was not a continuous on - this - this happen fairly quickly. |
| 525 | | |
| 526 | A: | Yeah. |
| 527 | | |
| 528 | Q: | The whole thing. Uh, during that time you've given verbal commands. You've |
| 529 | | looked him in the eye basically, is what you'd described. |
| 530 | | |
| 531 | A: | Mm-hm. |
| 532 | | |
| 533 | Q: | And he's failed to comply. How did you ultimately get him into custody? |
| 534 | | |
| 535 | A: | Uh, I was able to reach around his head with my left arm and just basically |
| 536 | | pried back on his face, uh, like across face in wrestling, if you know much |
| 537 | | about wrestling, but use the hard part of your arm to - to pull back on their |
| 538 | | face kinda make 'em shift their body weight. |
| 539 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| 540 | Q: | Okay. So where - where is your arm on his face? You - you mention a minute |
| 541 |    | ago you kinda... |
| 542 |    | |
| 543 | A: | Yeah, it was about... |
| 544 |    | |
| 545 | Q: | ...across the bridge of the nose, the eyebrows? |
| 546 |    | |
| 547 | A: | Yeah. |
| 548 |    | |
| 549 | Q: | So essentially you've got the hard part of your arm... |
| 550 |    | |
| 551 | A: | Down on the left side of his face here. |
| 552 |    | |
| 553 | Q: | Okay. And you're simply pulling back. |
| 554 |    | |
| 555 | A: | Pulling back and - and trying to rip his hand off the fence still. |
| 556 |    | |
| 557 | Q: | Okay. |
| 558 |    | |
| 559 | A: | Just trying to get his weight shifted. |
| 560 |    | |
| 561 | Q: | And what effect does have - moving the head backwards have on the body? |
| 562 |    | |
| 563 | A: | Uh, make him shift his weight. |
| 564 |    | |
| 565 | Q: | Generally where the head goes... |
| 566 |    | |
| 567 | A: | (Unintelligible). |
| 568 |    | |
| 569 | Q: | ...the body goes, so you're trying to shift his weight and get him - get his body |
| 570 |    | shifted away from Officer (Henry) so that you can get him in a position to, off |
| 571 |    | the fence, off the officer. |
| 572 |    | |
| 573 | A: | And help me arrest this guy. |
| 574 |    | |
| 575 | Q: | Okay. Um, and that had no immediate effect. Is that correct? |
| 576 |    | |
| 577 | A: | Correct. |
| 578 |    | |
| 579 | Q: | Um, and what happen next as far as trying to get him into custody? |
| 580 |    | |
| 581 | A: | I deliver, I've estimated six, uh, hand strikes to his right forearm and hand |
| 582 |    | area. |
| 583 |    | |
| 584 | Q: | Okay. Can you demonstrate what that would look like, I mean... |

585
586    A:          With a closed fist just hitting down on his forearm...
587
588    Q:          Okay, so you're...
589
590    A:          ...and hand area.
591
592    Q:          He's got the fence here and you're - you're behind him obviously, so you're
593                using your right hand and you're hitting him in this area.
594
595    A:          Mm-hm.
596
597    Q:          Just trying to...
598
599    A:          In his right hand.
600
601    Q:          ...get him - trying to strip him off the fence.
602
603    A:          Yeah.
604
605    Q:          Uh, did that have any effect?
606
607    A:          After about the sixth one and the cross face, I was able to get his grip broken.
608                His body weight shifted and back towards me.
609
610    Q:          Okay. All right, uh, do you know whether the strikes to his arm - did you
611                observe any injuries after the fact? Did he complain of any injuries to that
612                arm?
613
614    A:          Um, I asked him if felt as if he was injured or if he was injured, and he said
615                that his right arm was a little sore.
616
617    Q:          Okay. Were photographs taken of that, to the best of your recollection?
618
619    A:          I know we photographed him a lot. I'm not sure without looking at 'em if we
620                had one of his arms.
621
622    Q:          Okay. Uh, so once you get him off, did you handcuff him by yourself or...
623
624    A:          No. I was not able to.
625
626    Q:          Who else helped you with that?
627
628    A:          Uh, I believe it's Officer (Hemert)...
629

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 15

| 630 | Q: | Okay. |
|---|---|---|
| 631 | | |
| 632 | A: | ...who arrived. |
| 633 | | |
| 634 | Q: | Officer (Hemert) arrived as you're getting him off of (Henry). |
| 635 | | |
| 636 | A: | Mm-hm. |
| 637 | | |
| 638 | Q: | And Officer (Hemert). |
| 639 | | |
| 640 | A: | Yeah. |
| 641 | | |
| 642 | Q: | How did he assist you? |
| 643 | | |
| 644 | A: | I was able to get Mr. (Washington) onto his stomach, was trying to flatten him |
| 645 | | out still trying to pull his right arm back. Uh, Officer (Hemert) came in, |
| 646 | | grabbed his arm with me. We were able to handcuff it, put it behind his back |
| 647 | | while we tried to get the left arm. |
| 648 | | |
| 649 | Q: | Okay, and who got - who got the left arm out, if you recall? |
| 650 | | |
| 651 | A: | I'm not sure. |
| 652 | | |
| 653 | Q: | Either you or (Hemert)? |
| 654 | | |
| 655 | A: | Without reading over it, I'm not sure. |
| 656 | | |
| 657 | Q: | Okay. But you are able to get his left arm out and get it handcuffed. |
| 658 | | |
| 659 | A: | Yeah. |
| 660 | | |
| 661 | Q: | Um, aside from the strikes to his arm, did you strike him anywhere else, uh, or |
| 662 | | use any other force? |
| 663 | | |
| 664 | A: | Strikes to the arm and across the face and just... |
| 665 | | |
| 666 | Q: | Okay. |
| 667 | | |
| 668 | A: | ...general muscling. |
| 669 | | |
| 670 | Q: | No mace, no taser? |
| 671 | | |
| 672 | A: | No. |
| 673 | | |
| 674 | Q: | No ASP. Uh, no other strikes. |

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 16

| | | |
|---|---|---|
| 675 | | |
| 676 | A: | No. |
| 677 | | |
| 678 | Q: | Okay. Uh, once he's in custody he's conscience, he's coherent and he's |
| 679 | | talking? |
| 680 | | |
| 681 | A: | Correct. |
| 682 | | |
| 683 | Q: | Okay. What did you do with him once he was in custody? Do you remove him |
| 684 | | to somewhere else or... |
| 685 | | |
| 686 | A: | Uh, I don't believe that I did anything after he was in custody until the point |
| 687 | | where, uh, EMS showed up. |
| 688 | | |
| 689 | Q: | Okay. So somebody else took custody of him from you? |
| 690 | | |
| 691 | A: | Yeah, I believe so. |
| 692 | | |
| 693 | Q: | Do - do you know who that was? (Hemert) was there. Was there any other |
| 694 | | officer there besides you, (Henry), and (Hemert) that you recall immediately? |
| 695 | | |
| 696 | A: | Not immediately. |
| 697 | | |
| 698 | Q: | Okay. But he was in custody, (Hemert) helped you, and then you kinda |
| 699 | | stepped away from the situation. |
| 700 | | |
| 701 | A: | Mm-hm. |
| 702 | | |
| 703 | Q: | Uh, at least temporarily 'til EMS arrive. |
| 704 | | |
| 705 | A: | Yeah. |
| 706 | | |
| 707 | Q: | Okay. And what was your role once EMS arrived? |
| 708 | | |
| 709 | A: | Uh, I stood with him. |
| 710 | | |
| 711 | Q: | Okay. |
| 712 | | |
| 713 | A: | I did a secondary search, uh, before, uh, he was placed into our - believe he - |
| 714 | | he's placed into a van, and I know I did search him. |
| 715 | | |
| 716 | Q: | Okay. Do you remember if you found anything on him when you searched |
| 717 | | him? |
| 718 | | |
| 719 | A: | I don't. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

720

721    Q:        And you said a secondary search. Was he searched prior to you?
722

723    A:        Well, he was on the ground, I know he was searched.
724

725    Q:        By?
726

727    A:        I believe it's Officer (Hemert).
728

729    Q:        Think Officer (Hemert) searched him initially. You did a secondary and you
730              don't recall finding any additional property on him or anything like that. No?
731              Okay.
732

733    A:        I don't.
734

735    Q:        Uh, do you recall what - what transpired with EMS? They just - what was
736              their role?
737

738    A:        I believe they pulled out the taser probes from his back.
739

740    Q:        Okay. And as far as you know they didn't - he didn't require any other
741              treatment at that point?
742

743    A:        No.
744

745    Q:        Okay. Did he make any statements to you regarding the use of force or
746              injuries, uh, during that time that you were with him and EMS before putting
747              him in the van?
748

749    A:        No.
750

751    Q:        Okay. Uh, let's talk a little bit about, did you search his car?
752

753    A:        I did not.
754

755    Q:        Okay. Uh, did you have anything to do with the black bag that was
756              subsequently seized as property or as evidence?
757

758    A:        I saw the black bag, uh, come outta the vehicle along with him, in his hand.
759

760    Q:        Okay, and that - you saw that happen when?
761

762    A:        When he was being pulled outta the vehicle.
763

764    Q:        Okay. And Officer (Henry) was...

765
766    A:      As I was running up that black bag stuck out to me.
767
768    Q:      Okay. So it was outta the car - as he came outta the car, and he and Officer
769            (Henry) ended up on the ground you observe the black bag outta the car at that
770            point.
771
772    A:      Correct.
773
774    Q:      Okay. Um, did you seize that bag and search it or did somebody else do that,
775            the best of your recollection?
776
777    A:      I'm not sure.
778
779    Q:      Okay. I think - I think Officer (Henry) search the bag. Uh, so but you observe
780            the bag on the ground. It was important to you...
781
782    A:      I know I was informed what was in it, but I don't know...
783
784    Q:      Okay.
785
786    A:      ...by who.
787
788    Q:      Okay. You didn't turn in the content. Uh, you didn't...
789
790    A:      No.
791
792    Q:      ...turn in the content. I'll tell you that.
793
794    A:      Okay.
795
796    Q:      Okay. Uh, so when you get to the jail, do you have any more contact with
797            (Washington)? Do you Mirandize him? Do you interview him? Do you have
798            any other contact with him at the jail?
799
800    A:      We were at the jail for probably 35 to an hour.
801
802    Q:      Okay.
803
804    A:      Thirty-five minutes to an hour. Uh, Detective (Virgil Miller) came in and did
805            a DRE examination on him.
806
807    Q:      Okay.
808

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| 809 | A: | Uh, I was informed by (Virgil Miller) that he had, uh, read Miranda to Mr. |
| 810 | | (Washington). |
| 811 | | |
| 812 | Q: | Okay, so (Virgil)... |
| 813 | | |
| 814 | A: | So after that point, I ended up, uh, talking to him. |
| 815 | | |
| 816 | Q: | So Detective (Miller) tells you that he Mirandize Mr. (Washington), uh, and |
| 817 | | then you interviewed him after the DRE? |
| 818 | | |
| 819 | A: | Yes. |
| 820 | | |
| 821 | Q: | Okay. Uh, during your interview with Mr. (Washington) uh... |
| 822 | | |
| 823 | A: | Is it okay if I reference my notes? |
| 824 | | |
| 825 | Q: | Sure. Do you recall if you - if - if anything came from him about the use of |
| 826 | | force, or any injuries that he had during that interview? |
| 827 | | |
| 828 | A: | He told me that the officers that stopped him had to punch him several times, |
| 829 | | uh, and then he told me that he thought the officers were black. I asked him |
| 830 | | why he thought that. He told me that it was because he thought their voices |
| 831 | | sounded like they were black. |
| 832 | | |
| 833 | Q: | Okay, uh... |
| 834 | | |
| 835 | A: | That's the main thing that stuck out too. |
| 836 | | |
| 837 | Q: | Okay. Do you recall, uh, the context of him mentioning that they'd struck him |
| 838 | | several times? Did he just make that comment in passing or... |
| 839 | | |
| 840 | A: | When I went in to talk to him and we put him in the - the intox room to talk to |
| 841 | | him. |
| 842 | | |
| 843 | Q: | Okay. |
| 844 | | |
| 845 | A: | In my opinion he was - he didn't know that we were the officers that had tried |
| 846 | | to stop him. |
| 847 | | |
| 848 | Q: | Okay. |
| 849 | | |
| 850 | A: | Had the altercation with him. |
| 851 | | |
| 852 | Q: | Even though you... |
| 853 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 20

| | | |
|---|---|---|
| 854 | A: | And I - I told him... |
| 855 | | |
| 856 | Q: | Mm-hm. |
| 857 | | |
| 858 | A: | ...that I saw this happen. This is what happened, you know, whenever I gave |
| 859 | | him my little - my brief about what was going on. I wanted to talk to him. |
| 860 | | |
| 861 | Q: | Yeah. |
| 862 | | |
| 863 | A: | And halfway through me talking to him it appeared to me that he did not |
| 864 | | know that we were the two officers involved with him. |
| 865 | | |
| 866 | Q: | Okay. Do you know - you were the one who'd interviewed him. |
| 867 | | |
| 868 | A: | Mm-hm. |
| 869 | | |
| 870 | Q: | Uh, Officer (Henry) - was Officer (Henry) present during that interview? |
| 871 | | |
| 872 | A: | He was in the room, yeah. |
| 873 | | |
| 874 | Q: | Okay. Uh, and again, he didn't recognize you guys as the ones who had dealt |
| 875 | | with him initially. |
| 876 | | |
| 877 | A: | Correct. |
| 878 | | |
| 879 | Q: | Uh, and he didn't make any other particular complaints about injuries other |
| 880 | | than saying he'd been punched several times. |
| 881 | | |
| 882 | A: | I asked him again, uh, I asked him again before we left if he had any injuries |
| 883 | | or complaint of injuries. He told me his right arm was a little sore. I ever |
| 884 | | asked him about the areas on his back where the probes had hit him, and he |
| 885 | | told me he couldn't feel 'em. Uh, looking at him, his left eye was - had some |
| 886 | | redness to it on the outside part. I believe I asked him if it hurt or anything and |
| 887 | | he didn't even know that he was injured. |
| 888 | | |
| 889 | Q: | Okay. |
| 890 | | |
| 891 | A: | He didn't know it was red until I told him. |
| 892 | | |
| 893 | Q: | Okay. So your initial - your initial contact was related to a traffic infraction. |
| 894 | | You're gonna conduct a car stop based on probable cause that he committed a |
| 895 | | traffic infraction. |
| 896 | | |
| 897 | A: | Correct. |
| 898 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

899　　Q:　　　　　　Fail to signal a turn. Uh, once he fails to stop did you call that in as a pursuit,
900　　　　　　　　　or as a fail to stop or...
901

902　　A:　　　　　　I'm not sure.
903

904　　Q:　　　　　　Okay. Uh, and then Officer (Henry) orders him outta the car. Uh, he doesn't -
905　　　　　　　　　apparently he doesn't immediately comply and he ends up coming outta the
906　　　　　　　　　car and on top of (Henry), and now he's resisting arrest.
907

908　　A:　　　　　　Correct.
909

910　　Q:　　　　　　Uh, ultimately - and you said you didn't - you didn't search the car.
911

912　　A:　　　　　　No.
913

914　　Q:　　　　　　Okay. But ultimately once he was in handcuffs at the scene what charges did
915　　　　　　　　　you know he was in custody for at that point, if you can recall. The basis for
916　　　　　　　　　his arrest was?
917

918　　A:　　　　　　The basis for his arrest was, uh, willfully not stopping, the turn signal
919　　　　　　　　　violation, uh, and then assaulting Officer (Henry).
920

921　　Q:　　　　　　Okay, and resisting arrest.
922

923　　A:　　　　　　Resist.
924

925　　Q:　　　　　　Okay. And then subsequently you end up conducting a DUI investigation.
926　　　　　　　　　You did not do field sobriety. Is that correct?
927

928　　A:　　　　　　I did not.
929

930　　Q:　　　　　　Okay. And Detective (Miller) did the DRE.
931

932　　A:　　　　　　Correct.
933

934　　Q:　　　　　　Uh, you did the booking?
935

936　　A:　　　　　　Yes.
937

938　　Q:　　　　　　Okay. Uh, it's my understanding Officer (Hemert) did all the field sobriety.
939

940　　A:　　　　　　No, he was in charge of it.
941

942　　Q:　　　　　　He was in charge of the DUI?
943

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　WICHITA  000292

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 22

| 944 | A: | So I - I don't know (unintelligible) did. |
| 945 | | |
| 946 | Q: | Okay. As far as Officer (Henry)'s use of force you mention in your report that, |
| 947 | | uh, he attempted to tase Mr. (Washington), you actually saw him deploy the |
| 948 | | taser? |
| 949 | | |
| 950 | A: | Correct. |
| 951 | | |
| 952 | Q: | Okay. At the point in time that he deployed the taser, Mr. (Washington) was |
| 953 | | actively resisting and failing to co- uh, command, is that correct? |
| 954 | | |
| 955 | A: | Correct. |
| 956 | | |
| 957 | Q: | Okay. And did the taser have any effect in your - from your observations of |
| 958 | | Mr. (Washington)'s behavior? |
| 959 | | |
| 960 | A: | No, it did not. |
| 961 | | |
| 962 | Q: | Had no effect and he continued to resist. Was Officer (Henry) giving |
| 963 | | commands or do you know? |
| 964 | | |
| 965 | A: | I - I was yelling at him so I... |
| 966 | | |
| 967 | Q: | You were yelling at him so you don't - pretty dynamic situation. You're not |
| 968 | | sure whether (Henry) was giving commands as well. |
| 969 | | |
| 970 | A: | Correct. |
| 971 | | |
| 972 | Q: | Okay. So as I understand it, you initiated the car stop. He didn't stop. Once he |
| 973 | | was stopped in the driveway, uh, he ends up on top of (Henry) outside the car. |
| 974 | | You're attempting to get him off of (Henry) and get him into custody, or give |
| 975 | | him verbal commands. Uh, you do six strikes to the arm. Uh, you pull his |
| 976 | | head back with your forearm and you ultimately get him cuffed with the |
| 977 | | assistance of (Hemert). You apply no other force, uh, other than what you've |
| 978 | | described. |
| 979 | | |
| 980 | A: | Correct. |
| 981 | | |
| 982 | Q: | That's correct. And Mr. (Washington) indicated that his arm was a little sore, |
| 983 | | but he didn't complain of any other injuries to you that you recall. |
| 984 | | |
| 985 | A: | Correct. |
| 986 | | |
| 987 | Q: | Okay. Detective, do you have any additional questions related to that? |
| 988 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 23

| | | |
|---|---|---|
| 989 | Q1: | Remember what uniform you and (Henry) were wearing that night? |
| 990 | | |
| 991 | A: | Uh, we had this exact uniform on. |
| 992 | | |
| 993 | Q1: | Your black - authorized black, uh, SCAT? |
| 994 | | |
| 995 | A: | Correct, and I may have had the (unintelligible). |
| 996 | | |
| 997 | Q1: | Do you recall what (Henry) was wearing that night? |
| 998 | | |
| 999 | A: | Been the same uniform. |
| 1000 | | |
| 1001 | Q1: | Do you remember when you were told about Mr. (Washington) attempting to |
| 1002 | | take (Henry)'s gun and taser? |
| 1003 | | |
| 1004 | A: | Yes. |
| 1005 | | |
| 1006 | Q1: | When - when were you told about that? |
| 1007 | | |
| 1008 | A: | Uh, after he was already in custody. |
| 1009 | | |
| 1010 | Q1: | Did you question him - did you question Mr. (Washington) about that, uh, |
| 1011 | | when you Mirandized him? |
| 1012 | | |
| 1013 | A: | Yes, I did. |
| 1014 | | |
| 1015 | Q1: | Do you recall what he told you? |
| 1016 | | |
| 1017 | A: | He said that he - he would never do that. He wasn't trying to. |
| 1018 | | |
| 1019 | Q: | Did he acknowledge that he had a hand on the gun or do you recall? |
| 1020 | | |
| 1021 | A: | Yeah, I don't recall. |
| 1022 | | |
| 1023 | Q: | He just denied the allegation that he was attempting to take the gun. Okay. |
| 1024 | | |
| 1025 | Q1: | When Mr. (Washington) and (Henry) came outta the car, were on the chain |
| 1026 | | link fence, you came up there. Were they facing each other? |
| 1027 | | |
| 1028 | A: | Yes. |
| 1029 | | |
| 1030 | Q1: | Was he the re- so they were facing each other? |
| 1031 | | |
| 1032 | A: | Mm-hm. |
| 1033 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                     WICHITA  000294

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 24

| 1034 | Q1: | I don't have anything else. |
|---|---|---|
| 1035 | | |
| 1036 | Q: | What car were you guys driving that night? |
| 1037 | | |
| 1038 | A: | We normally drive 284 car. |
| 1039 | | |
| 1040 | Q: | Okay. So you were driving a... |
| 1041 | | |
| 1042 | A: | It was... |
| 1043 | | |
| 1044 | Q: | ...black and white... |
| 1045 | | |
| 1046 | A: | Yeah. |
| 1047 | | |
| 1048 | Q: | ...marked Wichita Police Department patrol car. |
| 1049 | | |
| 1050 | A: | Crown Vic. |
| 1051 | | |
| 1052 | Q: | Lights on top, functional siren; use both in an attempt to stop him. |
| 1053 | | |
| 1054 | A: | Correct. |
| 1055 | | |
| 1056 | Q: | Okay. Uh, as he pulled up and starts - he - he starts backing in the driveway |
| 1057 | | you back up to avoid collision 'cause you're not sure if he's gonna back in - |
| 1058 | | continue to back down the roadway, uh, until you realize that he's cut the |
| 1059 | | wheel and he's going in the driveway. Uh, did you have a plan as to how you |
| 1060 | | were going to get him outta that vehicle, or did things just unfold? |
| 1061 | | |
| 1062 | A: | Just happen. |
| 1063 | | |
| 1064 | Q: | Okay, uh, no discussion about a felony car stop, calling him out, or anything |
| 1065 | | like that? It just happened like that. |
| 1066 | | |
| 1067 | A: | No discussion. |
| 1068 | | |
| 1069 | Q: | He stops. You stop. (Henry) comes outta the car. He starts backing up. You |
| 1070 | | gotta back up to get outta the way, and then it just goes from there. |
| 1071 | | |
| 1072 | A: | Yeah. |
| 1073 | | |
| 1074 | Q: | Okay, pretty quickly and dynamically. Do you remember, uh, do you |
| 1075 | | remember a supervisor arriving on scene? |
| 1076 | | |
| 1077 | A: | I remember Lieutenant (Oblinger) being there. |
| 1078 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 25

| | | |
|---|---|---|
| 1079 | Q: | Okay. Did you talk... |
| 1080 | | |
| 1081 | A: | And - and I believe Sergeant (Germany) was there. |
| 1082 | | |
| 1083 | Q: | Did you talk to a supervisor on scene? |
| 1084 | | |
| 1085 | A: | Yes. |
| 1086 | | |
| 1087 | Q: | Who'd you talk to? |
| 1088 | | |
| 1089 | A: | Believe both of them. |
| 1090 | | |
| 1091 | Q: | Uh, did the ha- do you recall any - any portion of that conversation any |
| 1092 | | questions that they posed regarding the probable cause for the arrest and, uh, |
| 1093 | | the booking - the charges for booking. |
| 1094 | | |
| 1095 | A: | No. |
| 1096 | | |
| 1097 | Q: | Not really. You assume they were briefed. You brief them on what happened |
| 1098 | | and... |
| 1099 | | |
| 1100 | A: | Yeah. |
| 1101 | | |
| 1102 | Q: | ...ultimately you receive permission and authorization from a supervisor to |
| 1103 | | transport and book. |
| 1104 | | |
| 1105 | A: | Correct. |
| 1106 | | |
| 1107 | Q: | That correct? And do you know who you - who you got that from? Both? You |
| 1108 | | (Oblinger) and (Germany) there, and... |
| 1109 | | |
| 1110 | A: | Think on the charges it would've been (Oblinger). |
| 1111 | | |
| 1112 | Q: | Okay. |
| 1113 | | |
| 1114 | Q1: | What was kind of Mr. (Washington)'s attitude about - when you were |
| 1115 | | questioning him at the jail what was kind of his attitude about what happen? |
| 1116 | | |
| 1117 | A: | Just kinda carefree. |
| 1118 | | |
| 1119 | Q1: | Did he express (unintelligible)... |
| 1120 | | |
| 1121 | A: | Just (unintelligible) like we were just talking. |
| 1122 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer:  Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 26

| 1123 | Q1: | But did he express a concern about officers beating him up or anything like |
| 1124 | | that? |
| 1125 | | |
| 1126 | A: | No. |
| 1127 | | |
| 1128 | Q: | How would you characterize his - how would you characterize the way that he |
| 1129 | | behaved? I mean, did you observe obvious signs of intoxication or did he |
| 1130 | | generally seem normal, uh, coherent? Do you... |
| 1131 | | |
| 1132 | A: | Def- definitely not normal. There was a difference between him at the vehicle |
| 1133 | | stop, and him at the jail. |
| 1134 | | |
| 1135 | Q: | And there was a time - how long - what was the time lapse there - hour - you |
| 1136 | | said you were at the jail from 4:30 - from 4:30 to - an hour? |
| 1137 | | |
| 1138 | A: | It's probably longer than an hour. |
| 1139 | | |
| 1140 | Q: | Okay. So at the car stop he was - his demeanor and character was one way |
| 1141 | | and... |
| 1142 | | |
| 1143 | A: | (Unintelligible) aggressive, excited, agitated. I mean you - I could see it on his |
| 1144 | | face and - and feel it in his body that... |
| 1145 | | |
| 1146 | Q: | So he was tense and - and aggressive at the scene, and at the - at the jail he |
| 1147 | | was... |
| 1148 | | |
| 1149 | A: | Just sitting in a chair. |
| 1150 | | |
| 1151 | Q: | More relaxed. More docile -- you said somewhat carefree or... |
| 1152 | | |
| 1153 | A: | Yeah. |
| 1154 | | |
| 1155 | Q: | Indifferent? Not really indifferent but just not ter- he wasn't terribly upset. |
| 1156 | | |
| 1157 | A: | I wouldn't say he was upset at all, no. |
| 1158 | | |
| 1159 | Q: | Okay, all right. |
| 1160 | | |
| 1161 | Q1: | When you were standing with him after he was in custody, was there a - a |
| 1162 | | crowd or anything that had gathered, like citizens? |
| 1163 | | |
| 1164 | A: | Probably 20 or 30 minutes after I remember a female or two had - had walked |
| 1165 | | up. I don't believe I ever had contact with 'em. Those are the only two other |
| 1166 | | people I saw. |
| 1167 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INTERVIEW WITH OFC. DONALD MOORE
Interviewer: Cpt. Russell Leeds
10-28-14/11:07 am
Case # 14PSB-2006
Page 27

| | | |
|---|---|---|
| 1168 | Q1: | Did they have any contact with Mr. (Washington), talk to him or anything like |
| 1169 | | that? |
| 1170 | | |
| 1171 | A: | Not that I would be able to tell you. |
| 1172 | | |
| 1173 | Q1: | Would... |
| 1174 | | |
| 1175 | Q: | You - oh, go ahead. |
| 1176 | | |
| 1177 | Q1: | Uh, would it - would it surprise you or could you tell me anything different if |
| 1178 | | some citizens said that while Mr. (Washington) was in custody they had some |
| 1179 | | - spoke to him briefly? |
| 1180 | | |
| 1181 | A: | That could've happened. |
| 1182 | | |
| 1183 | Q1: | Okay. Do you recall that happening? |
| 1184 | | |
| 1185 | A: | No. |
| 1186 | | |
| 1187 | Q1: | Okay. |
| 1188 | | |
| 1189 | Q: | You did not - you didn't talk to or interview any citizens out there that night? |
| 1190 | | |
| 1191 | A: | No. |
| 1192 | | |
| 1193 | Q: | Uh, you have any idea - any knowledge of whether a neighborhood was |
| 1194 | | conducted - anybody - supervision or anybody send anybody to talk to any of |
| 1195 | | the neighboring houses? |
| 1196 | | |
| 1197 | A: | Not that I'm aware of. |
| 1198 | | |
| 1199 | Q: | Okay. Anything else? All the information that you put in your report is true |
| 1200 | | and correct to the best of your knowledge? |
| 1201 | | |
| 1202 | A: | Correct. |
| 1203 | | |
| 1204 | Q: | Uh, those were - what you put in your report was based on your - your |
| 1205 | | firsthand observations. Is that correct? |
| 1206 | | |
| 1207 | A: | Correct. |
| 1208 | | |
| 1209 | Q: | Uh, or information that you were told by Officer (Henry) related to him |
| 1210 | | attempting to take (Henry)'s gun, that was in your report. Uh, so the |
| 1211 | | information you put in your report characterizes what you know, uh, as a |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| 1212 | | matter of fact based on your observations and your knowledge of what |
| 1213 | | happened out there. |
| 1214 | | |
| 1215 | A: | Correct. |
| 1216 | | |
| 1217 | Q: | Okay, anything else? |
| 1218 | | |
| 1219 | A: | No, sir. |
| 1220 | | |
| 1221 | Q: | Sir? |
| 1222 | | |
| 1223 | Q1: | Yeah, answered all my questions. |
| 1224 | | |
| 1225 | Q: | Okay. Uh, it is now 1142 hours, on Tuesday, October 28, 2014. Uh, no one |
| 1226 | | has left or entered the room since we started. Uh, we'll just close out. You |
| 1227 | | are? |
| 1228 | | |
| 1229 | Q1: | Detective Lance Oldridge. |
| 1230 | | |
| 1231 | Q: | And I'm Captain Russell Leeds, 1364. |
| 1232 | | |
| 1233 | A: | Officer Moore, 2343. |
| 1234 | | |
| 1235 | Q: | (Unintelligible) - that'll conclude this interview. |
| 1236 | | |
| 1237 | | |

1238  This transcript has been reviewed with the audio recording submitted and it is an accurate
1239  transcription.
1240  Signed_____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER