# Exhibit 7

Additional Information Report                     Case Number 14c051933

Case Heading: Joe C. Washington b/m ▮▮▮▮ 1955
Case Classification: 2210 DUI
Synopsis: V1 RPTS ATTEMPTING TO STOP A1 FOR TRAFFIC VIOLATION AT ABV LOC. A1 FLED FRM OFFICERS AND WAS STOPPED AT 2201 E MOSSMAN. A1 RESISTED AND ATTEMPTED TO STEAL OFFICER'S DUTY PISTOL AND TASER. DRUG PARAPH AND OPEN CONTAINERS LOCATED IN VEH. A1 ARR/BKD FOR 2 CTS ATTEMPT ROBBERY, BATTERY LEO, RESIST ARREST, POSS DRUG PARAPH, EVADE/ELUDE, TRANS OPEN CONTAINER, FL TO SIGNAL TURN, EXPIRED TAG, DUI DRUGS-ALL HFSW. BLOOD DRAW AT 0213 HRS. VEHICLE LEFT LEGALLY PARKED. PHOTOS & EVIDENCE SUBMITTED.

On August 7, 2014, at about 2310hrs, I was contacted at home by Sgt. Oblinger who asked if I was available to help a Patrol North officer as a DRE (Drug Recognition Expert). I was told that the suspect, later identified to me as Joe Washington, had been involved in a pursuit with officers, had fought with officers and had paraphernalia in his vehicle for smoking crack cocaine.

I arrived at the Jail and met with Officer Hemmert #2401, who had conducted the SFST (Standardized Field Sobriety Test) and had given Joe a PBT (Preliminary Breath Test) that showed a BAC (Blood Alcohol Concentration) of 0.017 (at 2255hrs.) He told me that he had scored Joe 2, 7 and 2 on the SFST. Officer Hemmert said that Joe was being stopped for fail to use his turn signal, but in the pursuit that followed, he used his signal when it was not necessary, such as in the curve of the road. He told me that he speed of the pursuit was about 10 to 15 miles per hour and that when Joe made it to his home, he backed into the driveway. Joe struck the garage door with his vehicle. Joe continued to defy officers on the scene and the Taser was deployed two times with four additional drive stuns to gain compliance. Joe, during the struggle with officers, grabbed at one of the officer's gun that was still in the holster. As Joe was still in the car and refusing to get out, he was grabbing at a black bag that was later found to have crack pipes and a "push rod" inside. I was told that Joe had told officers that he had been trying to buy crack and did not stop because of the paraphernalia. I was told that another officer thought he heard Joe say that he had smoked crack earlier in the night, but that officer did not ask any clarifying questions to get more detail.

While talking to Officer Hemmert, I was told that Joe had said that he needed to urinate. Knowing that there was a likelihood that I was going to ask Officer Hemmert to collect a urine sample at the end of the DRE evaluation, I asked if the Implied Consent Advisory had been read. I was present while Officer Hemmert read the Implied Consent Advisory to Joe, starting at 2348hrs and ending at 2352hrs, and heard Joe agree to give a urine and blood sample. I explained to Joe my role as the DRE and that I wanted to make sure that there was not a medical issue that was causing the behavior that had been explained to me. I told him that I usually ask for a blood and urine sample after the tests, but since he needed to use the restroom now, I thought it might be easier to collect the sample now and not later. Joe agreed and went with Officer Hemmert to the rest room. At 2358hrs, Joe provided a breath sample on the Intoxilyzer that showed a BAC of 0.000.

I began to get Joe's information and read the Miranda Warnings to him at 002hrs, 08-08-14. Joe agreed to talk to me and told me that he had last eaten at 5:30 or 6PM when he had baked chicken, corn and pork and beans. He told me that he had a tall can of beer at 6PM. I had Joe close his eyes and tell me what the time was. Joe admitted that he had just looked at the clock and knew that it was "A little after 12." He told me that he had 8 hours of sleep the night before and other than a sore hand and sore shoulder, probably from the fight with police, he did not have any illness or injury. He claimed that he was not currently under the care of a doctor or dentist, is not epileptic, does not take insulin, does not have any physical defects and is not taking any medication or drugs. Joe was cooperative and his speech was fair and pretty easy to understand. He had a sour smell to his breath and his left eye had broken capillaries that resulted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                     WICHITA 000035

in blood pools on his eyeball. He said that he was not blind in either eye and did not wear contacts or glasses. His pupils appeared to be close to the same size and appeared dilated when compared to Officer Hemmert's pupil size in the same lighting conditions. I checked his pulse rate for the first time at 014hrs at 126 BPM (Beats Per Minute).

I started with the "Eye Examinations." I noted that Joe again had equal pupil size and that he was able to follow the blue barrel of my mostly black pen with equal tracking in both eyes. Joe did not show any clues of the Horizontal Gaze Nystagmus (HGN) test and did not have vertical nystagmus. He did move his head on two occasions and brought his eyes back to the center, leaving the stimulus at maximum deviation as I was checking his left eye. I checked for Lack of Convergence (LOC) and as I moved my finger toward the bridge of his nose, his eyes continued to look straight ahead, instead of converging toward the bridge of his nose. Though he did not score clues when I was checking HGN, Joe did show some impairment by not following the simple instruction of keeping his head still and following the tip of my pen with his eyes.

The next evaluation I had Joe do was the Romberg Balance test. Joe was given the instructions and said that he understood. As Joe was doing this test, I saw his eyelids fluttering. There was no significant sway. At 40 seconds Joe put his head forward and at 42 seconds finally said the word "stop." I asked him how long that was and he told me, "I thought it was 30 seconds." When I asked how he got to that, he told me, "I counted in my head." Jose showed impairment, not only in his delay in following the simple instruction to say the word "stop" as he put his head forward, but also with his "internal clock" being so far off. The "normal range" for this evaluation is 30 seconds, plus or minus up to five seconds.

Joe was wearing well-worn white tennis shoes during my time with him. I had Joe get into the starting position for the Walk and Turn (WAT) evaluation. As I explained and demonstrated the evaluation to Joe, he stepped out of the starting position one time and had to be told to get back into the starting position, before I continued with my explanation and demonstration. Joe said he knew this test, because Officer Hemmert had him do it. When I had completed explaining and demonstrating to Joe, he said that he understood and did not have any questions. On his first step, he had to raise his arms for balance and he was leaning forward to keep on the line. I noted that Joe's steps were quick and "choppy," though he was not walking fast. Joe took nine steps forward but failed to do the turn as I instructed and demonstrated. Joe turned to his right, keeping his right foot on the ground. Since the turn was in the wrong direction, he only took one step, instead of the many small steps that I had explained and demonstrated. Joe took nine steps back to the beginning, failing to touch heel to toe on step 7. Joe showed impairment on this evaluation by scoring 3 of the 8 clues.

I explained that the next evaluation, the One Leg Stand (OLS) was also similar to what Officer Hemmert had done, except that I was going to have Joe do it twice. I explained and demonstrated that I wanted Joe to do the first time standing on his left foot and raising his right foot. Joe had to be reminded to look at his raised foot, within the first five seconds of the evaluation. Joe did not score any clues on this first attempt, but did have a problem counting when he skipped 1015. Joe was able to make it to his count of 1031. The second time I had Joe do the evaluation, after explaining it again, Joe began when instructed. He began to sway as he was counting 1017 and put his foot down. He picked his foot back up and continued to count and sway, putting his foot down again at 1020. He picked his foot back up and was able to make it to his count of 1024 when he was told to stop because the 30 seconds had passed. Joe showed impairment on this evaluation by missing the count on his first attempt and scoring two of the four clues on his second attempt.

The last divided attention evaluation I had Joe do was the Finger to Nose (FTN). Joe said he understood the directions and was told to begin. On his first left, Joe touched between the tip and bridge of his nose and dragged his finger to the tip, using the pad, and wiggled the tip back and forth with his finger. After waiting about five seconds, I reminded Joe to put his hand down as soon as he had touched his nose. On

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    WICHITA 000036

his first right, Joe touched the front of his nose, almost to his lip, and dragged his finger to the tip. On the second left, Joe touched the tip of his nose twice. On his second right, Joe touched to the left of his left nostril with the pad of his finger. On his last right, Joe touched to the left of the tip, just above the left nostril with the pad of his finger. On his last left, Joe touched to the right of the right nostril and dragged the tip of his finger to the tip of his nose. Joe showed impairment on this evaluation by not being able to follow the instruction of putting his hand down immediately as well as not being able to touch the tip of his own nose with the tip of his own finger.

I used my issued equipment to check Joe's vital signs. He told me that he had given blood a few days ago and his blood pressure was good, with the top number being down close to 100. I checked his blood pressure at 144/80mmHg. The systolic was above the normal range. Joe's body temperature was 99.5 degrees Fahrenheit. His pulse rate was still elevated at 116 BPM.

While in the "Intoxilyzer Room," I began to check Joe's pupil sizes in different lighting conditions. I had placed a red chemical stick on the wall opposite of Joe for him to focus on. In room light, Joe's pupils were within the normal range at 5.0mm. In darkness I measured his pupil size at greater than 9.0mm. In direct light,
Joe's pupil size slowly constricted down to 3.0mm. I did not see rebound dilation. I checked Joe's nasal area and did not find anything concerning. As I checked his oral cavity, I saw that he had large heat bumps on the back of his tongue. I did not see any signs of injection on his arms. I did see the mark on his right arm where he had given blood a few days ago.  Joe's muscle tone was near normal.

I used the "drug matrix" and explained the marks I was putting on the matrix to Joe. I explained what I had been told and other things that I had seen that let me know that Joe had been smoking something very hot. Joe told me that it has bee a few weeks since he had any crack, but he had taken a female friend to a house and dropped her off, just prior to the officers trying to stop him. He told me that he suspected the female was buying crack at that house. He denied any use of stimulants. He denied smoking anything, including cigarettes. I explained that I did not believe him, based on what I was seeing and Joe admitted to smoking some K2 with a friend between 5 and 5:30, when Joe was on his way home from updating his resume at the library. He said that the friend gave him another "joint" to take with him. Joe said that he smoked that joint about 8PM while watching the Kansas City Chiefs football game at home. Joe said that the high from K2 does not last long and that he thought he was okay to be driving.

It is my opinion, based on information from Officer Hemmert as well as the evaluation I conducted on Joe that Joe was under the influence of Cannabis to a degree that made him incapable of safely operating a vehicle.

I was told that Officer Henry #2271 was the actual arresting officer, due to the pursuit and other charges. Officer Hemmert was working the DUI portion of the case and already had the urine sample. I made sure that he had a "grey top" blood tube, so that a sample of Joe's blood could be collected by the nurse at the jail then submitted as evidence to be tested for drugs, including K2.

This is all the information I have on this case at this time.

Detective Virgil Miller #1468
IACP/DRE Instructor #10828
Investigations / EMCU
1722hrs, 08-08-14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# DRUG INFLUENCE EVALUATION

19C057933

| Evaluator: Virgil H. Miller 1468 | DRE #: 108256 | Rolling Log #: 1914684R | Evaluator's Agency: Wichita Police Dept |
|---|---|---|---|
| Recorder/Witness: | Crash: ☒ None ☐ Fatal ☐ Injury ☐ Property | | Arresting Officer's Agency: Wichita Police Dept |
| Arrestee's Name (Last, First Middle): Washington, Joe Cnoth  59 | Date of Birth: ██ | Sex: M | Race: B | Arresting Officer (Name, ID#): Henry 2271 |
| Date Examined/Time/Location: 002 08-08-14 / Jail | Breath Results: 23:58 Results: .000 | Test Refused ☐ Instrument #: | Chemical Test: Urine ☐ Blood ☐ Test/test refused ☐ |

Shemmer@wichita.gov

Miranda Warning Given: ☒ Yes ☐ No
Given By: Mlr 0006

What have you eaten today? When? Baked Chicken, corn, Rice/Beans

What have you been drinking? Some beer/Tall can
How much?
Time of last drink? 6 pm

Time now/Actual: Little after 12 start /stop 

When did you last sleep? How long? Last Night <4hr

Are you sick or injured? ☐ Yes ☒ No  Still have shakes

Are you diabetic or epileptic? ☐ Yes ☒ No

Do you take insulin? ☐ Yes ☒ No

Do you have any physical defects? ☐ Yes ☒ No

Are you under the care of a doctor or dentist? ☐ Yes ☒ No

Are you taking any medication or drugs? ☐ Yes ☒ No

Attitude: Cooperative

Coordination:

Speech: Fair

Breath Odor: Sour

Face: Left eye very red/blood  Norm

Corrective Lenses: ☒ None ☐ Glasses ☐ Contacts, if so ☐ Hard ☐ Soft

Eyes: ☐ Reddened Conjunctiva ☐ Normal ☒ Bloodshot ☐ Watery

Blindness: ☒ None ☐ Left ☐ Right

Tracking: ☒ Equal ☐ Unequal

Pupil Size: ☐ Equal ☐ Unequal (explain)

Vertical Nystagmus: ☐ Yes ☒ No

Able to follow stimulus: ☒ Yes ☐ No

Eyelids: ☒ Normal ☐ Droopy

Pulse and time:
1. 126 / 014
2. 116 / 028
3. 110 / 047

HGN:
| | Right Eye | Left Eye |
|---|---|---|
| Lack of Smooth Pursuit | No | No |
| Maximum Deviation | No | No |
| Angle of Onset | | |

Convergence: (drawings)

ONE LEG STAND  P 7, 20
L / R
5, 17, 39

Romberg Balance: Counted in my head I thought it was 30

Walk and turn test: Quick/choppy steps
Cannot keep balance: 1
Starts too soon:
Stops walking:
Misses heel-toe: 1
Steps off line:
Raises arms: 1
Actual steps taken: 9 / 9

L R
☐ ☒ Sways while balancing
☐ ☐ Uses arms to balance
☐ ☐ Hopping
☐ ☒ Puts foot down
14-16 Missed count

Internal clock: 42 estimated as 30 seconds

Describe Turn: 1 step - wrong direction

Cannot do test (explain):

Type of footwear: Worn sneakers

Draw lines to spots touched:

| PUPIL SIZE | Room light 2.5-5.0 | Darkness 5.0-8.5 | Direct 2.0-4.5 |
|---|---|---|---|
| Left Eye | 5.0 | <9.0 | 3.0 |
| Right Eye | 5.0 | <9.0 | 3.0 |

Nasal area: Clear
Oral cavity: Heat bumps

REBOUND DILATION ☐ Yes ☒ No   REACTION TO LIGHT: Slow

RIGHT ARM   LEFT ARM
None

Blood pressure: 144/80
Temperature: 99.5

Muscle tone: ☒ Normal ☐ Flaccid ☐ Rigid

What drugs or medication have you been using? K-2
How much? Shared one w/friend +1
Time of use? 5:30/7:58
Where was the drug used? (Location) His house/My house

Date/Time of arrest: 2226
Time DRE was notified: 2310
Evaluation start time: 002
Evaluation completion time: 0110
Process/Source: Investigations/EMCA

Officer's Signature: _____ 1468
DRE #: 108256
Reviewed/Approved by/date:

Opinion of Evaluator:
☐ No Impairment  ☐ Alcohol  ☐ CNS Stimulant  ☐ Dissociative Anesthetic  ☐ Inhalant
☐ Medical  ☐ CNS Depressant  ☐ Hallucinogen  ☐ Narcotic Analgesic  ☒ Cannabis

Notes:

DC 27 @ 2348 By Hemmert #2401 @ JAIL          14C051933
   2352
     PBT @ 2355 = .017    Has to urinate
                           (collect by Hemmert)
  SFST - 2, 72

Fail to signal → Fail to yield → Backs into driveway & hits garage → Refuses officers → Spilled beer or grabbing the beer
                                                                                                  Had crack pipe too

Grabbed at officer gun → Tazed 2x & drive stunned 4x

Told officers trying to buy crack & didn't stop because of paro → Said smoked earlier → Didn't followup

"Over signal" through curves @ 10-15 mph in 30 mph zone    (2271 & 2343)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       WICHITA 000039

## DRUG INFLUENCE CHART

| | DEPRESSANT | STIMULANT | HALLUCINOGEN | PCP | NARCOTIC ANALGESIC | INHALANT | CANNABIS |
|---|---|---|---|---|---|---|---|
| HGN | PRESENT | NONE | NONE | PRESENT | NONE | PRESENT | NONE |
| Vertical Nystagmus | PRESENT | NONE | NONE | PRESENT | NONE | PRESENT | NONE |
| Lack of Convergence | PRESENT | NONE | NONE | PRESENT | NONE | PRESENT | PRESENT |
| Pupil Size | NORMAL 1 | DILATED | DILATED | NORMAL | CONSTRICTED | NORMAL 4 | DILATED 6 |
| Reaction to Light | SLOW | SLOW | NORMAL 3 | NORMAL | LITTLE OR NONE | SLOW | NORMAL |
| Pulse Rate | DOWN 2 | UP | UP | UP | DOWN | UP | UP |
| Blood Pressure | DOWN | UP | UP | UP | DOWN | UP/DOWN 5 | UP |
| Body Temperature | NORMAL | UP | UP | UP | DOWN | UP/DOWN NORMAL | NORMAL |
| NORMAL RANGES | BLOOD PRESSURE SYSTOLIC 120-140 DIASTOLIC 70-90 | | PULSE: 60-90 B.P.M. | | TEMPERATURE 98.5 +/- 1° | PUPIL DIAMETERS RL - 2.5-5.0 / NTD - 5.0-8.5 DL - 2.5-4.5 | |

1. May dilate with Methaqualone or Soma
2. Methaqualone or alcohol may elevate pulse
3. Psychedelic amphetamine will slow reaction to light
4. Anesthetic gas may dilate
5. Down with anesthetic gas
6. May be normal

RL - Room Light
NTD - Near Total Darkness
DL - Direct Light

WICHITA 000040

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION
## DRUG EVALUATION AND CLASSIFICATION PROGRAM

## DRUG EVALUATION CHECKLIST

- [X] 1. BREATH ALCOHOL TEST
- [X] 2. INTERVIEW OF ARRESTING OFFICER
- [X] 3. PRELIMINARY EXAMINATION
  (Should include, but not limited to, first pulse, an initial estimate of angle of onset, and initial estimate of pupil size)
- [X] 4. EYE EXAMINATIONS
- [X] 5. DIVIDED ATTENTION TESTS:
  - Romberg Balance
  - Walk and Turn
  - One Leg Stand
  - Finger to Nose
- [X] 6. VITAL SIGNS AND SECOND PULSE
- [X] 7. DARK ROOM CHECKS OF PUPIL SIZE AND INGESTION EXAMINATION
- [X] 8. CHECK FOR MUSCLE TONE
- [X] 9. CHECK FOR INJECTION SITES AND THIRD PULSE
- [X] 10. INTERROGATION, STATEMENTS, AND OTHER OBSERVATIONS
- [X] 11. OPINION OF EVALUATOR
- [X] 12. TOXICOLOGICAL EXAMINATION

LAPD DRE 06/94

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

WICHITA 000041